IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | _____ B-03-084 |
| | § | Jury Demanded |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, | § | |
| INC., | § | |
| Defendants. | § | |

### PLAINTIFF, GARY GRAHAM'S, ORIGINAL COMPLAINT
### AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary Graham, hereinafter called Plaintiff, complaining of and about Town of South Padre Island and Harvest Multimedia, Inc., hereinafter called Defendants, and for cause of action shows unto the Court the following:

### PARTIES AND SERVICE

1.   Plaintiff Gary Graham, is a citizen of the United States and the State of Texas and resides in Nueces County, Texas.

2.   Defendant Town of South Padre Island may be served by serving Robert Pinkerton, Mayor, its agent authorized to accept service at 4501 Padre Blvd., South Padre Island, Texas 78597.

3.   Defendant Harvest Multimedia, Inc. may be served by serving Marc Longoria, its managing agent at 22772 Briggs Coleman Road, Harlingen, Texas 78550.

## JURISDICTION AND NATURE OF ACTION

4.   The action arises under Title 17, Chapter 5, Copyright Infringement as hereinafter more fully appears.

### FACTS

5.   Defendant, Town of South Padre Island, by and through Defendant's agents, intentionally engaged in unlawful copyright of a song written by Plaintiff.

In September of 2002, Plaintiff heard an illegally reproduced CD of this song, and approached the agent for Defendant, Town of South Padre Island, wherein Plaintiff demanded the Defendant cease use and distribution of any and all illegally reproduced CD's. Subsequently, Plaintiff learned that the agent for Defendant, Town of South Padre Island, later called a "press conference" where he distributed approximately fifty of the illegally reproduced CD's on behalf of the Defendant, Town of South Padre Island, even after he had been expressly forbidden by Plaintiff, who was the owner of the song lyrics.

The illegal CD's were reproduced in the studio of Defendant, Harvest Multimedia, Inc., who made absolutely no attempt to identify the ownership of the song lyrics, tune, or CD.

This infringement was committed willfully, after Plaintiff specifically prohibited the Defendant, Town of South Padre Island, from use of the song in the aforementioned manner.

**RESPONDEAT SUPERIOR AND RATIFICATION**

6.   Whenever in this complaint it is alleged that the Defendant, Town of South Padre Island, did any act or thing, it is meant that the Defendant's officers, agents, servants, employees or representatives did such act and/or that at that time such act was done, it was done with the full authorization or ratification of the Defendant or was done in the normal and routine course and scope of employment of Defendant's officers, agents, servants, employees, or representatives.

**DAMAGES**

7.   Damages should be paid to Plaintiff within the full jurisdictional limits of the Court as follows:

    a.   Statutory damages for willful copyright infringement in the amount of $150,000;

    b.   All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff; and

    c.   All reasonable and necessary costs incurred in pursuit of this suit.

**SPECIFIC RELIEF**

8.   Plaintiff seeks the following specific relief which arises out of the actions and/or omissions of Defendants described hereinabove:

    a.   Prohibit by injunction the Defendants from engaging in copying, distribution, of other unauthorized use

of the song, or CD; and

 b. Return of all copies of the CD to Plaintiff.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Gary Graham, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with interest as allowed by law; costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: _____
Donald T. Cheatham
Attorney-in-Charge
Texas Bar No. 24029925
Southern District Bar No: 24029925
825 West 11th Street
Austin, Texas 78701
Tel. (512)494-1212
Fax. (512)494-1213
Attorney for Plaintiff
Gary Graham

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**