IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District
Southern District of T...
FILED

JUL  1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
|     Defendant. | § | |

### DEFENDANT TOWN OF SOUTH PADRE ISLAND'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Town of South Padre Island, one of the Defendants in the above-styled and numbered action, and files this its Original Answer to Plaintiff Gary Graham's Original Complaint and in support thereof would show as follows:

I.

### ORIGINAL ANSWER

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation that Plaintiff resides in Nueces County, Texas. Defendant admits the remaining allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3.

4. Defendant admits this court has jurisdiction of this case as it involves allegations of a federal question under Title 17, Chapter 5 of the United States Code.

5. With respect to paragraph 5, Defendant denies it intentionally or willfully engaged in unlawful copyright of a song written by plaintiff or any copyright infringement as alleged by plaintiff at any time. Defendant further specifically denies that it illegally reproduced a CD of the song referenced by plaintiff. Defendant is without knowledge or information sufficient to form a belief as to the truth of whether or not plaintiff heard a reproduced CD of the song at issue in September of 2002. Defendant is further without knowledge or information at this time sufficient to form a belief as to the truth of the allegation that a press conference was allegedly called by an agent of defendant where fifty CDs were distributed after any alleged demand by plaintiff to cease use and distribution of CDs. Finally, Defendant is further without knowledge or information at this time to form a belief as to the truth of whether or not the CDs at issue were reproduced in the studio of Harvest Multimedia, Inc.

6. With respect to paragraph 6, defendant denies that its officers, agents, servants, employees, or representatives committed any acts constituting infringement of copyright acts in any way.

7. Defendant denies the allegations set forth in Paragraph 7 of Plaintiff's Original Complaint.

8. Defendant admits plaintiff seeks relief in paragraph 8 of Plaintiff's Original Complaint, but denies he is entitled to any such relief.

## II.

## RESERVATIONS

9. Without waiving the foregoing denials and affirmative defenses, but still insisting upon the same for further answer if any need be necessary, and as separate defenses, Defendant reserves the right to file any and all cross-actions, third-party actions, counter-claims, motions, and discovery as it may deem proper.

## AFFIRMATIVE DEFENSES

10. Defendant asserts it had a non-exclusive license to use the song at issue in this suit and that it was an authorized user of the song.

11. Defendant asserts that the song at issue constituted a joint work and that a joint author of the song at issue also gave Defendant authorization to use the song at issue.

12. Defendant would assert that Plaintiff does not own a valid or complete copyright to the entire song at issue in this case.

13. In the alternative, without waiving the above, Defendant asserts the limitations and defenses available to it under 17 U.S.C. 504.

WHEREFORE, PREMISES CONSIDERED, Defendant the Town of South Padre Island, prays that upon final trial and hearing hereof, Plaintiff take nothing by his suit, that Defendant recover all costs incurred herein, and that Defendant have such other and further relief, at law or in equity, to which they may show itself to be justly entitled.

Signed on July 1, 2003

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Charles Willette, Jr. w/pEG*
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Eduardo Garza
State Bar No. 00796609
USDC Adm. No. 3399
**ATTORNEYS FOR DEFENDANT THE TOWN OF SOUTH PADRE ISLAND**

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2003, a true and correct copy of the above and foregoing has been served on all counsel of record via certified mail as noted below:

**_Via CMRRR 7003 0500 0001 0981 2161_**
Donald T. Cheatman
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

_____
Eduardo G Garza