IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
|     Defendant. | § | |

## DEFENDANT TOWN OF SOUTH PADRE ISLAND'S
## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order, Defendant Town of South Padre Island certifies that the only persons, associations, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. Plaintiff Gary Graham

2. Defendant Town of South Padre Island

3. Defendant Harvest Multimedia, Inc.

4. The Texas Municipal League Risk Pool

Signed on July 1, 2003

1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Charles Willette Jr./pEG*
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Eduardo Garza
State Bar No. 00796609
USDC Adm. No. 3399
**ATTORNEYS FOR DEFENDANT THE TOWN OF SOUTH PADRE ISLAND**

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2003, a true and correct copy of the above and foregoing has been served on all counsel of record via certified mail as noted below:

*__Via CMRRR 7003 0500 0001 0981 2161__*
Donald T. Cheatman
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

_____
Eduardo G Garza