IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
|    Plaintiff | § | |
| VS | § | CIVIL ACTION NO. |
| | § | B-03-084 |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, INC., | § | |
|    Defendants | § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Harvest Multimedia, Inc., on of the Defendants in the above styled and numbered cause and file this Answer to the Plaintiff's Original Complaint and Judy Demand and respectfully states:

1. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraphs 1 and 2 of the complaint.

2. Defendant admits the allegations contained in Paragraph 3 of the complaint.

3. Defendant would show that an answer is not required to Paragraph 4 of the complaint.

4. Defendant denies each and every, all and singular, the allegations set out in Paragraphs 5 and 6 of the Plaintiff's Original Complaint that relate to Harvest Multimedia, Inc., and demands strict proof thereof.

5. Defendant denies each and every, all and singular, the allegations set out in Paragraphs 7 and 8 of the Plaintiff's Original Complaint and demands strict proof thereof.

U:\general denial harvest multimedia.wpd

WHEREFORE, Defendant, Harvest Multimedia, Inc., prays the cause be set for hearing.

Respectfully Submitted,

EDUARDO V. RODRIGUEZ, P.C.

_____
Eduardo V. Rodriguez
State Bar No: 00795621
1265 North Expressway 83
Brownsville, Texas 78521
Phone: 956-547-9638
Facsimile: 956-547-9630
ATTORNEY FOR HARVEST MULTIMEDIA, INC.,

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Original Answer was mailed to the following parties of record on the 14th day of July, 2003:

Gary Graham
c/o Donald T. Cheatham
825 West 11th Street
Austin, TX 78701
    VIA: Regular U.S. Mail and
    Fax # (512) 494-1213

and to

Mark Longoria
Harvest Multimedia, Inc.
22772 Briggs Coleman Road
Harlingen, Texas 78550
    VIA: Regular U.S. MAIL

_____
Eduardo V. Rodriguez

U:\general denial harvest multimedia.wpd