United States District Court
Southern District of Texas
FILED

JUL 1 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM, <br> Plaintiff | § § | |
| VS | § § | CIVIL ACTION NO. <br> B-03-084 |
| TOWN OF SOUTH PADRE ISLAND <br> AND HARVEST MULTIMEDIA, INC., <br> Defendants | § § § § | |

### DEFENDANT HARVEST MULTIMEDIA, INC'S FIRST AMENDED ORIGINAL ANSWER AND CROSS CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Harvest Multimedia, Inc., on of the Defendants in the above styled and numbered cause and file this Answer to the Plaintiff's Original Complaint and Judy Demand and respectfully states:

1. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraphs 1 and 2 of the complaint.

2. Defendant admits the allegations contained in Paragraph 3 of the complaint.

3. Defendant would show that an answer is not required to Paragraph 4 of the complaint.

4. Defendant denies each and every, all and singular, the allegations set out in Paragraphs 5 and 6 of the Plaintiff's Original Complaint that relate to Harvest Multimedia, Inc., and demands strict proof thereof.

5. Defendant denies each and every, all and singular, the allegations set out in Paragraphs 7 and 8 of the Plaintiff's Original Complaint and demands strict proof thereof.

## CROSS-CLAIM

6. For a cross-claim against Town of South Padre Island, defendant, in the above entitled action, defendant Harvest Multimedia, Inc. alleges that defendant Town of South Padre Island, by and through defendant's agents, negligently represented to defendant Harvest Multimedia, Inc. that they had ownership rights over the alleged copy written song of plaintiff Gary Graham.

## Respondeat Superior And Ratification

7. Whenever in this cross-claim it is alleged that the defendant Town of South Padre Island, did any act or thing, it is meant that the defendant's officers, agents, servants, employees or representatives did such act and/or that at that time such act was done, it was done with the full authorization or ratification of the defendant or was done in the normal and routine course and scope of employment of defendant's officers, agents, servants, employees, or representatives.

## Damages

8. All reasonable and necessary attorney's fees and costs incurred by or on behalf of defendant Harvest Multimedia, Inc.

WHEREFORE, Defendant, Harvest Multimedia, Inc., prays the cause be set for hearing.

Respectfully Submitted,

EDUARDO V. RODRIGUEZ, P.C.

_____
Eduardo V. Rodriguez
State Bar No: 00795621

K:\D20\20606\First Amended Answer Cross claim.wpd

1265 North Expressway 83
Brownsville, Texas 78521
Phone: 956-547-9638
Facsimile: 956-547-9630
ATTORNEY FOR HARVEST MULTIMEDIA, INC.,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Original Answer was mailed to the following parties of record on the 15th day of July, 2003:

Gary Graham
c/o Donald T. Cheatham
825 West 11th Street
Austin, TX 78701
    VIA: Regular U.S. Mail and
    Fax # (512) 494-1213

Mayor Robert Pinkerton
Town of South Padre Island
4501 Padre Blvd
South Padre Island, Texas 78597

and to

Mark Longoria
Harvest Multimedia, Inc.
22772 Briggs Coleman Road
Harlingen, Texas 78550
    VIA: Regular U.S. MAIL

_____
Eduardo V. Rodriguez

K:\D20\20606\First Amended Answer Cross claim.wpd