IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff | § | |
| VS | § | CIVIL ACTION NO. |
| | § | B-03-084 |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, INC., | § | |
| Defendants | § | |

### DEFENDANT HARVEST MULTIMEDIA, INC'S
### RESPONSE TO CROSS-DEFENDANT TOWN OF SOUTH PADRE ISLAND'S
### 12(b)(6) MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Harvest Multimedia, Inc., on of the Defendants in the above styled and numbered cause and file this Response to the Town of South Padre Island's Motion To Dismiss and respectfully states:

1.  Concurrent with the filing of this response, Defendant Harvest Multimedia, Inc. has filed its Second Amended Answer and Cross Claim raising a statutory waiver under the Texas Civil Practice and Remedies Code allowing Defendant Town Of South Padre Island to be sued.

WHEREFORE, Defendant, Harvest Multimedia, Inc., prays the cause be set for hearing.

Respectfully Submitted,

EDUARDO V. RODRIGUEZ, P.C.

_____
Eduardo V. Rodriguez
State Bar No: 00795621

K:\D20\20606\Response212b6.wpd

1265 North Expressway 83
Brownsville, Texas 78521
Phone: 956-547-9638
Facsimile: 956-547-9630
ATTORNEY FOR HARVEST MULTIMEDIA, INC.,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was mailed to the following parties of record on the 4 day of August, 2003:

Gary Graham
c/o Donald T. Cheatham
825 West 11th Street
Austin, TX 78701
    VIA: Regular U.S. Mail and

and to

Mark Longoria
Harvest Multimedia, Inc.
22772 Briggs Coleman Road
Harlingen, Texas 78550
    VIA: Regular U.S. MAIL

Eduardo G. Garza
Willette & Guerra, L.L.P.
3305 Boca Chica Blvd.
Brownsville, Texas 78521

_____
Eduardo V. Rodriguez

K:\D20\20606\Response212b6.wpd