*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-03084 |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, | § | |
| INC., | § | |
| Defendants. | § | |

**Plaintiff Gary Graham's Motion for Enlargement of Time to File Reply to Defendant's FRCivP 12 Motion(s), Motion to Dismiss Cross Claim**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, Gary Graham, and requests that the Court grant Plaintiff additional time in which to file Reply to Defendant's Response to Plaintiff's FRCivP 12 Motion(s), and to Respond to Defendant's FRCivP 12 (b)(6), Motion to Dismiss Cross Claim.

I.

Plaintiff was unable to file Plaintiff's response due to vacation by Plaintiff's attorney.

II.

This extension of time is sought so that justice may be done, and not for purposes of delay.

III.

Granting this request for an enlargement of time to file will not delay the

beginning of trial.

### IV.

Plaintiff's Motion is opposed, therefore a certificate of conference is attached.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests the Court to grant until August 21, 2003 to file Plaintiff's response.

Respectfully submitted,

By: _____
Donald T. Cheatham
Texas Bar No. 24029925
825 West 11th Street
Austin, Texas 78701
Tel. (512)494-1212
Fax. (512)494-1213
Attorney for Plaintiff
Gary Graham

**Certificate of Conference**

A conference was held with Eduardo Garza, attorney for Town of South Padre Island, on the substance of this Motion. We were not able to agree; therefore, the matter is presented to the Court for determination.

_____
Donald T. Cheatham

Cc:   Eduardo V. Rodruguez
      1265 N. Expressway 83
      Brownsville, Texas 78521


      Eduardo G. Garza
      Willette & Guerra, L.L.P.
      International Plaza, Suite 460
      3505 Boca Chica Boulevard
      Brownsville, Texas 78521