```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                           BROWNSVILLE DIVISION
```

|  |  |  |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff, | § | |
| v. | § | B-03-84 |
| TOWN OF SOUTH PADRE ISLAND AND HARVEST MULTIMEDIA, INC., Defendants. | § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*
*AUG 2 8 2003*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

## ORDER

BE IT REMEMBERED that on August 27, 2003, the Court **DENIED AS MOOT** Plaintiff Gary Graham's Motion for Enlargement of Time to File Reply to Defendant's Motion to Dismiss Cross Claim [Dkt. No. 10]. In its motion Plaintiff requests time to reply until August 21, 2003. Plaintiff's motion, however, was not filed until August 25, 2003. The date requested for the extension had thus already passed. Additionally, although the motion for extension was filed beyond the date requested, Plaintiff did not include his reply with the motion, so even if the Court granted the motion, Plaintiff would have a longer extension than requested.

Finally, the Court notes that even had Plaintiff included the correct dates in his motion, he does not adequately specify why he needs an extension of time, stating only that "Plaintiff was unable to file Plaintiff's response due to vacation by Plaintiff's attorney." Plaintiff does not provide the dates of his vacation, or any explanation as to why he could not file a reply despite his vacation plans. This kind of general request is not adequate.

DONE this 27th day of August, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge