IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GARY GRAHAM  Plaintiff, | § § § |
| VS. | § § § § | 
| TOWN OF SOUTH PADRE ISLAND and HARVEST MULTIMEDIA, INC.  Defendant. | § § § § |

CIVIL ACTION NO. B-03-084

(JURY REQUESTED)

## DEFENDANT TOWN OF SOUTH PADRE ISLAND'S NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant the Town of South Padre Island, and file this their Notice to the Court of their Filing of their Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

I.

Defendants hereby give notice to the Court of the filing of their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on September 8, 2003.

1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Charles Willette Jr. w/pEG*
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Eduardo G Garza
Federal Id. No. 20916
State Bar No. 00796609
ATTORNEYS FOR DEFENDANT TOWN
OF SOUTH PADRE ISLAND

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on September 8, 2003, on all counsel of record as follows:

***Via CMRRR*** 7003 0500 0001 0981 2628
Donald T. Cheatman
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

***Via CMRRR*** 7003 0500 0001 6981 2635
Eduardo V. Rodriguez
1265 N. Expressway 83
Brownsville, Texas 78521

                                                 */s/ Eduardo G Garza*
                                                Eduardo G Garza