United States District Court
Southern District of Texas
FILED

SEP 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
| Defendant. | § | |

**DEFENDANT TOWN OF SOUTH PADRE ISLAND'S
DESIGNATION OF ATTORNEY IN CHARGE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES TOWN OF SOUTH PADRE ISLAND, a Defendant in the above styled and numbered cause, and hereby designates:

Eduardo G Garza
State Bar No. 00796609
USDC Adm. No. 20916
of
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

as attorney-in-charge on its behalf to have full control and authority of its cause, responsibility for this lawsuit, and to receive all further communications from the Court and other counsel relating to this cause.

1

Signed on September 10, 2003.

                                        Respectfully submitted,
                                        WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956)541-1846
Facsimile: (956)541-1893

By: _____
Eduardo G Garza
State Bar No. 00796609
USDC Adm. No. 20916

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

**ATTORNEYS FOR DEFENDANT THE TOWN OF SOUTH PADRE ISLAND**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2003, a true and correct copy of the above and foregoing has been served on all counsel of record via certified mail as noted below:

***Via CMRRR 7003 0500 0001 0981 2727***
Donald T. Cheathman
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

***Via CMRRR 7003 0500 0001 0981 2734***
Eduardo V. Rodriguez
1265 N. Expressway 83
Brownsville, Texas 78521

_____
Eduardo G Garza