# Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| **JUDGE** | Hilda G. Tagle | | | |
| **CASE MANAGER** | Stella Cavazos | | | |
| **LAW CLERK** | ☐ Nicolas | ■ Levesque | | |
| **DATE** | 09 | 15 | 03 | |
| **TIME** | | a.m. | | a.m. |
| | 1:45 | p.m. | 2:10 | p.m. |
| **CIVIL ACTION** | B | 03 | 84 | |

**STYLE**

GARY GRAHAM

*versus*

TOWN OF SPI AND HARVEST MULTIMEDIA, INC.

United States District Court
Southern District of Texas
FILED

SEP 15 2003

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■Initial Pre-Trial Hearing;              (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Donald T. Cheatman
Attorney(s) for Defendant(s):   Town of SP Island:  Eduardo G. Garza
                                Harvest Multimedia: Eduardo V. Rodriguez

---

Comments:

*Judge*: Motion to Dismiss Cross Claim by Harvest Multimedia orally granted as withdrawn. [Dkt. No. 7]. Court ordered mediation by Nov. 20, 2003.

*Cheatman*: City meeting. Pl gave some kind of permission to use the song but there is a factual dispute as to what he gave permission for. Harvest was employed to produce the song and put it on CD.
*Garza*: Graham holds copyright. Town voted to have this as the song. Graham was glad and town wants it in visitor's guide to promote the island. Graham approaches City and tells them to stop distributing it. City stopped. Issue of payment for the song.
*Rodriguez*: Harvest produced the CD Rome and it was unaware of copyright infringements. They presumed there was no copyright issue.