IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

| GARY GRAHAM, | § | |
| Plaintiff | § | |
| VS | § | CIVIL ACTION NO. |
| | § | B-03-084 |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, INC., | § | |
| Defendants | § | |

DEFENDANT HARVEST MULTIMEDIA, INC'S
INITIAL DISCLOSURE UNDER FEDERAL RULE OF CIVIL PROCEDURE 26

TO: Plaintiff and through his attorney of record:

Gary Graham
Donald Cheatham
Attorney At Law
825 W. 11th Street
Austin, Texas 78701

NOW COMES, Defendant, Harvest Multimedia, Inc. and files this its Initial Disclosure under Federal Rule of Civil Procedure 26

(A) Persons with relevant knowledge (subject to supplementation):

Gary Graham
C/O Donald Cheatham
Attorney At Law
825 W. 11th Street
Austin, Texas 78701

Mark Longoria
Harvest Multimedia, Inc.
C/o Eduardo V. Rodriguez, P.C.
1265 N. Expressway 83
Brownsville, Texas 78521

Harvest Multimedia produced the Interactive C.D. for the Town of South Padre Island.

Paul Y. Cunningham, Jr.
City Attorney

K:\D20\20606\disclosure.wpd

Town of South Padre Island
P.O. Box 3410
South Padre Island, Texas 78597-3410

Damian Giacano
Tom Johnson
Craig McWhinney
P.O. Box 3737
South Padre Island, Texas 78597

Members of the Pelican West Band

(B) Documents (subject to supplementation):

    Agenda and minutes of Town Hall Meeting held April 18, 2001
    CD of South Padre Island

(C) Computation of Damages
    Not applicable

(D) Insurance Agreement:
    None

Singed this 19th day of September, 2003

    Respectfully Submitted,

    EDUARDO V. RODRIGUEZ, P.C.

    _____
    Eduardo V. Rodriguez
    State Bar No: 00795621
    1265 North Expressway 83
    Brownsville, Texas 78521
    Phone: 956-547-9638
    Facsimile: 956-547-9630
    ATTORNEY FOR HARVEST MULTIMEDIA, INC.,

K:\D20\20606\disclosure.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was mailed to the following parties of record on the _22_ day of September, 2003:

Gary Graham
c/o Donald T. Cheatham
825 West 11th Street
Austin, TX 78701
    VIA: Regular U.S. Mail and

and to

Mark Longoria
Harvest Multimedia, Inc.
22772 Briggs Coleman Road
Harlingen, Texas 78550
    VIA: Regular U.S. MAIL

Eduardo G. Garza
Willette & Guerra, L.L.P.
3305 Boca Chica Blvd.
Brownsville, Texas 78521

_____
Eduardo V. Rodriguez

K:\D20\20606\disclosure.wpd