| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED
OCT 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

GARY GRAHAM § 

vs. § Civil Action No. B-03-84

TOWN OF SOUTH PADRE ISLAND §
AND HARVEST MULTIMEDIA, INC.

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3-4__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:                                             __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:          __1/13/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                            __2/12/2004__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:                                      __3/12/2004__

7. Joint pretrial order is due:                                               __4/19/2004__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:         __5/4/2004__

9. Jury Selection is set for 9:00 a.m. on:                                    __5/6/2004__
   *(The case will remain on standby until tried)*

Signed __October 15__, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge