UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GARY GRAHAM | * |
| VS | *   C.A. NO. B-03-084 |
| TOWN OF SOUTH PADRE ISLAND, ET AL | * |

### ORDER GRANTING MOTION FOR CHANGE OF MEDIATION DATE

Came on to be considered Plaintiff's Motion for Change of Mediation Date, and the Court having considered said motion, finds that said motion should be granted.

**IT IS SO ORDERED.** The mediation scheduled for December 2, 2003, is hereby reset to December 12, 2003, 9:00 a.m.

DONE at Brownsville, Texas, on 26th day of November 2003.

Felix Recio
United States Magistrate Judge