IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-03-084 |
| | § | Jury Requested |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, | § | |
| INC., | § | |
|     Defendants. | § | |

## PLAINTIFF, GARY GRAHAM'S, NOTICE OF SETTING CONFLICT AND MOTION FOR CHANGE OF MEDIATION DATE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Gary Graham, hereinafter called Plaintiff, and files this Notice of Setting Conflict and Motion for Change of Mediation Date

Plaintiff's counsel has a jury trial in a special setting which was previously (tentatively) scheduled for December 1, 2003, for a period of not less than two days.

Plaintiff's counsel has been informed this day that the special setting has been allowed for the jury trial; Cause No. 03-0161; *ITIO Madison Noel Spencer (Yeats) and Sydney Nicole Spencer, Minor Children,* in the 28th Judicial District of Caldwell County, Texas.

Plaintiff respectfully requests an alternative to the December 2, 2003 Mediation Setting Scheduled in the Cause before this Court, so that Plaintiff may be represented by counsel.

This request is not made for the purpose of delay, but rather so that justice may be served.

Verified by the undersigned authority, who states under penalty of perjury that the statements made in the foregoing instrument are within his personal knowledge and are true and correct.

Respectfully submitted,

By: _____
Donald T. Cheatham
Attorney-in-Charge
Texas Bar No. 24029925
Southern District Bar No: 24029925
825 West 11th Street
Austin, Texas 78701
Tel. (512)494-1212
Fax. (512)494-1213
Attorney for Plaintiff
Gary Graham

**Certificate of Service**

The undersigned attorney does hereby certify that the foregoing **Plaintiff Gary Graham's Notice of Setting Conflict and Motion for Change of Mediation Date** has been served by fax, and regular mail, on November 25, 2003, on all counsel of record as follows:

Eduardo V. Rodruguez
1265 N. Expressway 83
Brownsville, Texas 78521
Telecopy : 956/547-9630

Eduardo G. Garza
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telecopy: 956/541-1893

_____
Donald T. Cheatham