

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas

DEC 12 2003

Michael N. Milby
Clerk of Court

Date:   December 12, 2003 at 9:15 a.m.-12:15 p.m.

---

### C.A. NO. B-03-084 (HGT)

---

| | | |
|---|---|---|
| Gary Graham | * | Donald Cheatham |
| vs | * | |
| The Town of S.P.I. et al | * | Eduardo Garza |
| | | Eduardo Rodriguez |

---

### MEDIATION MINUTES

Attorney D Cheatham present on behalf of Plaintiff Gary Graham;.

Present for the Defendants are as follows:
  Attorney E Garza present with Mr Pinkerton for the Town of S.P.I.;
  Attorney E Rodriguez present with Mr Longoria who is the representative for Harvest Multimedia Inc;
  Adjuster Holly Whatley present;

Mediation held ;

Case did not settled.