United States District Court
Southern

MAR 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Eduardo G Garza, one of the attorneys in the above styled and numbered cause and notifies the court and all parties of a change of address. Effective immediately, all further correspondence and pleadings should be sent to the following address:

Eduardo G Garza
Willette & Guerra, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

It is respectfully requested that the Clerk of the Court accordingly revise the Court's records and note this change of address.

Signed on March 24 2004.

1

Respectfully Submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

By: *Eduardo G Garza*
Eduardo G Garza
State Bar No. 00796606

## CERTIFICATE OF SERVICE

I hereby certified that on March 24, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as follows:

**Via Facsimile (512) 494-1213 & Reg US Mail**
Donald T. Cheatham
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

*Via Facsimile (956) 547-9630 & Reg US Mail*
Eduardo V. Rodriguez
ATTORNEY AT LAW
1265 N. Expressway 83
Brownsville, Texas 78521

*Eduardo G Garza*
Eduardo G Garza

2