

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
| Defendant. | § | |

**DEFENDANT TOWN OF SOUTH PADRE ISLAND'S RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF ALLOWABLE PAGES FOR PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT, AS WELL AS MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO DEFENDANT LAW FIRM'S MOTION FOR SUMMARY JUDGEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Town of South Padre Island, and files this its Response to Plaintiff's Motion for Enlargement of Allowable Pages for Plaintiff's Responses to Defendant's Motion for Summary Judgement, as well as Motion for Additional Time to File Response to Defendant Law Firm's Motion for Summary Judgement in the above styled and numbered cause and would respectfully show unto the court the following:

**I.**

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST
TO EXTEND DISPOSITIVE MOTION DEADLINE**

In the introductory paragraph of Plaintiff's motion, Plaintiffs has sought additional time from the court to file a counter-Motion for Summary Judgement. Plaintiff did not confer with Defendant

1

regarding this motion, or whether or not Defendant would be opposed Plaintiff's request to essentially extend the dispositive motion deadline issued by the court. Accordingly, Defendant herein notes its opposition to this request of Plaintiff to seek additional time to file a counter-Motion for Summary Judgement. The deadline to file dispositive motions in this case was set by this Honorable court on October 15, 2003 to be March 12, 2004. Defendant would therefore respectfully request that the court deny Plaintiff's request to file a counter Motion for Summary Judgement in this case.

## II.

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENLARGEMENT OF ALLOWABLE PAGES RESTRICTIONS OF THIS COURT'S CIVIL PROCEDURES

Plaintiff did not confer with Defendant regarding Plaintiff's Motion for Enlargement of Allowable Pages, and Defendant would herein note its opposition to such request. Further, Defendant would ask that the Court deny this request and require Plaintiff to adhere to and follow the limitations on pages as set out in the Motion Practice and Brief section of Judge Hilda G. Tagle's Civil Procedures. Defendant contends that good cause has not been shown by Plaintiff to warrant a modification to the existing Motion Practice Civil Procedures applicable to this case with respect to an enlargement of pages. Therefore, Defendant would respectfully request that the Court deny this request of Plaintiff.

## III.

### DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST TO FILE RESPONSE BY APRIL 2, 2004

Although Plaintiff has not conferred with Defendant prior to filing his request for additional time to file a response to Defendant's Motion for Summary Judgement, Defendant is not opposed to allowing Plaintiff until April 2, 2004 to file his response. However, if the court is inclined to allow

Plaintiff until April 2, 2004 to file his response, Defendant would respectfully request that such response comply with the existing Motion Practice Civil Procedures of this Honorable court and the Scheduling Order entered by the court on October 15, 2003.

WHEREFORE PREMISES CONSIDERED, Defendant Town of South Padre Island would respectfully request that the court deny Plaintiff's requests to file a Motion for Summary Judgement after the dispositive motion deadline entered by the court, and Plaintiff's request to enlarge the restriction on allowable pages for motion practice set by this court. Defendant would also seek such other and further relief to which it may be justly entitled to.

Signed on March 31, 2004.

        Respectfully Submitted,

        WILLETTE & GUERRA, L.L.P.
        1534 East 6th Street, Suite 200
        Brownsville, Texas 78520
        Telephone: 956-541-1846
        Facsimile: 956-541-1893

        By: _____
        Eduardo Garza
        State Bar No. 00796609
        USDC Adm. No. 3399

        Charles Willette, Jr.
        USDC No. 1937
        State Bar No. 21509700

        **ATTORNEYS FOR DEFENDANT THE**
        **TOWN OF SOUTH PADRE ISLAND**

## CERTIFICATE OF SERVICE

I hereby certified that on March 31, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as follows:

**Via Facsimile (512) 494-1213 &**
**CMRRR 7001-1140-0001-8376-7297**
Donald T. Cheatham
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

***Via Reg US Mail***
Eduardo V. Rodriguez
ATTORNEY AT LAW
1265 N. Expressway 83
Brownsville, Texas 78521

_____
Eduardo G Garza