28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern

APR 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **GARY GRAHAM,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.** |
| | § | **B-03084** |
| | § | |
| **TOWN OF SOUTH PADRE ISLAND** | § | |
| **AND HARVEST MULTIMEDIA,** | § | |
| **INC.,** | § | |
| **Defendants.** | § | |

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF ALLOWABLE PAGES FOR PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AS WELL AS, MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO DEFENDANT LAW FIRM'S MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, Gary Graham, and request that the Court grant that the Court grant Plaintiff additional time in which to file Plaintiff's Response to Summary Judgment as well as, leave for additional pages in which to respond to Defendant's Motion for Summary Judgment, and for his own counter-Motion for Summary Judgment.

### I.

Defendant's Motion for Summary Judgments addressed various complicated issues.

Defendant's Motion for Summary Judgment was also very deftly drafted, making it difficult to respond to in a timely manner, and in the allowable number of pages provided by the Court.

### II.

Plaintiff was required to read extensive volumes of research in order to respond to

the issues raised by counsel for Defendant.

There was no **quick** or *brief* way to answer the Motion in a timely manner, due to the volume of issues raised, and research presented by counsel for the Defendant. Counsel for the Defendant had an unlimited amount of time in which to craft his document.

### III.

This extension and enlargement is sought so that justice may be done, and not for purposes of receiving unfair advantage, or for delay.

### IV.

Granting this request for an extension of allowable time until April 2, 2004 and an enlargement of allowable pages will not delay the beginning of trial.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff request the Court to grant an extension of time until April 2, 2004 and an expansion of allowable pages for Plaintiff's Response to Summary Judgment.

Respectfully submitted,

By: _____

Donald T. Cheatham
Texas Bar No. 24029925
825 West 11th Street
Austin, Texas 78701
Tel. (512)494-1212
Fax. (512)494-1213
Attorney for Plaintiff

**Certificate of Service**

The undersigned attorney does hereby certify that the foregoing **Plaintiff Gary Graham's Motions for Extension of Time and Enlargement of Pages to for his Response to Defendants' Motion for Summary Judgment** has been served by facsimile transmission and US Mail, on March 30, 2004 on all counsel of record as follows:

Donald T. Cheatham

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **GARY GRAHAM,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.** |
| | § | **B-03084** |
| | § | |
| **TOWN OF SOUTH PADRE ISLAND** | § | |
| **AND HARVEST MULTIMEDIA,** | § | |
| **INC.,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING**
**PLAINTIFFS' MOTION FOR ENLARGEMENT OF ALLOWABLE PAGES**
**FOR PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTION FOR**
**SUMMARY JUDGMENT, AS WELL AS, MOTION FOR ADDITIONAL TIME**
**TO FILE RESPONSE TO DEFENDANT LAW FIRM'S**
**MOTION FOR SUMMARY JUDGMENT**

On _____, the Court considered the Plaintiff's Motion

for Extension of Time until April 2, 2004 and Expansion of Allowable Pages for

Plaintiff's Response to Summary Judgment, and after reviewing the evidence and hearing

the arguments, the Court finds that the Motion should be **GRANTED**.

   **IT IS THEREFORE ORDERED** t hat P laintiff's R esponse s hall b e d ue t o b e

mailed on April 2, 2004.

   **SIGNED** on _____, 2004.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Donald T. Cheatham
Attorney for Plaintiff, Santo Cilauro
825 West 11th Street
Austin, Texas, 78701
Tel: (512) 494-1212
Fax: (512) 494-1213

_____
Eduardo V. Rodriguez
1265 N. Expressway 83
Brownsville, Texas 78521
956/547-9630

_____
Eduardo G. Garza
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
956/541-1893