United States District Court
Southern District of Texas
FILED

APR 0 2 2004

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-03084 |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, | § | |
| INC., | § | |
| Defendants. | § | |

### ORDER GRANTING
### PLAINTIFFS' MOTION FOR ENLARGEMENT OF ALLOWABLE PAGES
### FOR PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTION FOR
### SUMMARY JUDGMENT, AS WELL AS, MOTION FOR ADDITIONAL TIME
### TO FILE RESPONSE TO DEFENDANT LAW FIRM'S
### MOTION FOR SUMMARY JUDGMENT

On April 2, 2004, the Court considered the Plaintiff's Motion for Extension of Time until April 2, 2004 and Expansion of Allowable Pages for Plaintiff's Response to Summary Judgment, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Response shall be due to be mailed on April 2, 2004.

SIGNED on April 2, 2004.

_____
JUDGE PRESIDING