| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

APR 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

GARY GRAHAM §
  §
vs. § CIVIL ACTION NO.: B-03-84
  §
TOWN OF SOUTH PADRE ISLAND §
AND HARVEST MULTIMEDIA, INC.

## Order Resetting Trial And Jury Selection

1. Joint pretrial order is due on:                                    May 19, 2004
   *Plaintiff is responsible for filing the pretrial order on time.*

2. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:                                   June 3, 2004

3. Jury selection is reset for 9:00 a.m. on:                          June 7, 2004
   *The case will remain on standby until tried.*

Signed ___April 5___, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge