32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2004

Michael N. Milby
Clerk of Court

GARY GRAHAM                          *
                                     *
VS.                                  *          CIVIL ACTION NO.: B-03-84
                                     *
TOWN OF SOUTH PADRE ISLAND           *
AND HARVEST MULTIMEDIA, INC.         *

## AGREEED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Harvest Multimedia, Inc., Defendant in the above entitled case, and

moves this Court to allow attorney Heriberto 'Eddie' Medrano to be substituted as attorney of

record for all proceedings related to this case, and release attorney Eduardo V. Rodriguez from

all such responsibilities.

Defendant states that this Agreed Motion for Substitution of Counsel is asked so that he

may be afforded counsel of his choice and not for purposes of delay.

Respectfully submitted,

Law Offices of Heriberto 'Eddie' Medrano
2009 East Harrison – Suite B
Harlingen, Texas 78550
Telephone:    (956) 428-2412
Facsimile:    (956) 428-2495

HERIBERTO 'EDDIE' MEDRANO
Federal Bar No. 5952

Law Offices of Eduardo V. Rodriguez
1265 N. Expressway 83
Brownsville, Texas 78520
Telephone:     (956) 547-9638
Facsimile:     (956) 547-9630


EDUARDO V. RODRIGUEZ
Federal Bar No. _19945_


## CERTIFICATE OF SERVICE

I, Heriberto 'Eddie' Medrano, hereby certify that a true and correct copy of the above and

foregoing *Agreed Motion for Substitution of Counsel* was served this _16_ day of April, 2004 via

regular mail and facsimile to the following counsel:

Eduardo V. Rodriguez
Law Offices of Eduardo V. Rodriguez
1265 N. Expressway 83
Brownsville, Texas 78520


HERIBERTO 'EDDIE' MEDRANO