United States District Court
Southern District of Texas
FILED

APR 19 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
| Defendant. | § | |

# DEFENDANT TOWN OF SOUTH PADRE ISLAND'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND TO ADD THIRD INDISPENSABLE PARTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Town of South Padre Island, and files this its Response to Plaintiff's Motion For Leave to Amend Complaint and to Add Third Indispensable Party in the above styled and numbered cause and would respectfully show unto the court the following:

## I.

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION

Plaintiff did not confer with Defendant regarding this motion as to whether or not Defendant would be opposed. Further, Defendant did not submit a Certificate of Conference with respect to this issue. Defendant is opposed to the filing of Plaintiff's Motion for Leave to Amend his Complaint to Join a new party to this case. Plaintiff has not demonstrated good cause to show why his motion should be granted at this time and why the parties to this case should incur the additional expense of litigating this matter with additional parties after this case has been pending for almost ten months.

1

Plaintiff raises this joinder issue for the first time during the pendency of this proceeding only after Defendant filed its dispositive motion. Further, Plaintiff's assertions he wishes to pursue in his proposed joinder are independent actions that are unrelated to the infringement action he has brought against the Defendants in this case. For these reasons, Defendant is opposed to Plaintiff joining an additional party to this action.

WHEREFORE PREMISES CONSIDERED, Defendant Town of South Padre Island would respectfully request that the court deny Plaintiff's request for Leave to Amend Complaint to add Third Indispensable Party. Defendant would seek such other and further relief to which it may be justly entitled to.

Signed on April 19, 2004.

Respectfully Submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

By: _Eduardo D Garza_
Eduardo Garza
State Bar No. 00796609
USDC Adm. No. 3399

Charles Willette, Jr.
USDC No. 1937
State Bar No. 21509700

**ATTORNEYS FOR DEFENDANT THE TOWN OF SOUTH PADRE ISLAND**

## CERTIFICATE OF SERVICE

I hereby certified that on April 19, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as follows:

**Via CMRRR**
Donald T. Cheatham
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

***Via Reg US Mail***
Eduardo V. Rodriguez
ATTORNEY AT LAW
1265 N. Expressway 83
Brownsville, Texas 78521

_____
Eduardo G Garza