United States District Court
Southern District of Texas
FILED

APR 2 1 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
|     **Plaintiff,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO.** |
| | § | **B-03-084** |
| | § | **Jury Requested** |
| TOWN OF SOUTH PADRE ISLAND | § | |
| AND HARVEST MULTIMEDIA, | § | |
| INC., | § | |
|     **Defendants.** | § | |

## NOTICE OF VACATION

Comes now Donald T. Cheatham and notifies the Court, all parties and all attorneys that Donald T. Cheatham will be out on vacation from June 9 through June 16, 2004.

Please do not set any hearings, trials, depositions, mediations or other matters that require his attention during that time.

Respectfully submitted,

Donald T. Cheatham
State Bar No. 24029925
825 West 11th Street
Austin, Texas 78701
(512) 494-1212
(512) 494-1213 Telecopy

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on April 16, 2004

Donald T. Cheatham