IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM, | § § § § | |
| Plaintiff, | § | |
| v. | § § | B-03-84 |
| TOWN OF SOUTH PADRE ISLAND AND HARVEST MULTIMEDIA, INC., Defendants. | § § § § | |

United States District Court
Southern District of Texas
ENTERED
APR 2 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### ORDER

BE IT REMEMBERED that on April 22, 2004, the Court **GRANTED** Defendant Harvest Multimedia, Inc.'s Agreed Motion for Substitution of Counsel [Dkt. No. 32]. Attorney Heriberto Medrano is now substituted as counsel for Defendant Harvest Multimedia, Inc. in place of Eduardo V. Rodriguez. As this case is approaching trial, the parties are reminded that all scheduling order deadlines remain in effect despite this substitution of counsel.

DONE this 22nd day of April, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge