United States District Court
Southern District of Texas
ENTERED

MAY 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff, | § § § § | |
| v. | § § | B-03-84 |
| TOWN OF SOUTH PADRE ISLAND AND HARVEST MULTIMEDIA, INC., Defendants. | § § § § | |

## ORDER

BE IT REMEMBERED that on May 14, 2004, the Court **RESET** the following pretrial dates in the above captioned case:

Joint Pretrial Order due by June 17, 2004.
Final Docket Call:  July 1, 2004 at 1:30 p.m.
Jury Selection:  July 6, 2004 at 9:00 a.m.

DONE this 14th day of May, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge