United States District Court
Southern District of Texas
FILED

JUN 17 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | * | |
|     Plaintiff, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-084 |
| | * | |
| TOWN OF SOUTH PADRE ISLAND | * | |
| and HARVEST MULTIMEDIA, INC. | * | |
|     Defendant. | * | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Harvest Multimedia, Inc., Defendant by and through their attorney of record Heriberto 'Eddie' Medrano, and files this Motion for Extension of Time to File Joint Pretrial Order alternatively motion for leave to file late joint pretrial order and would state the following in support thereof:

I.

Counsel for Defendant requests additional time to file his portion of the Joint Pretrial Order since Counsel is out of the country with his family on vacation. Counsel for Defendant Harvest Multimedia, Inc. will be back in the country on June 28, 2004.

II.

Counsel for Defendant asks this Honorable Court to extend the deadline for sometime in July.

III.

Defense Counsel has consulted with Plaintiff's attorney Donald T. Cheatham and has stated he is NOT opposed to this extension as well as Eduardo Garza attorney for

Cross - Defendant Town of South Padre Island.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this motion be in all things granted.

                                      Respectfully submitted,

*Eddie Medrano w/permission /G*
HERIBERTO 'EDDIE' MEDRANO
Texas Bar #: 13897800
Federal Bar #: 5952

2009 E. Harrison – Suite B
Harlingen, Texas 78550

Telephone: (956) 428-2412
Facsimile: (956) 428-2495

## CERTIFICATE OF CONSULTATION

I Valerie Garcia of the Law Office of Heriberto 'Eddie' Medrano consulted with attorney Donald I. Cheatham attorney for Plaintiff on this 16th day of June, 2004 and represent to the Court that he is NOT opposed to said motion.

*Eddie Medrano w/permission /G*
Heriberto 'Eddie' Medrano

## CERTIFICATE OF CONSULTATION

I Valerie Garcia of the Law Office of Heriberto 'Eddie' Medrano consulted with attorney Eduardo Garza attorney for Cross-Defendant on this 16th day of June, 2004 and represent to the Court that he is NOT opposed to said motion.

_Eddie Medrano w/permission R_
Heriberto 'Eddie' Medrano

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of said motion was sent via facsimile and regular mail to the following counsel on this 17th day of June, 2004.

| | |
|---|---|
| Donald T. Cheatham<br>Attorney At Law<br>825 West 11th Street<br>Austin, Texas 78701 | Via Fax: (512) 494-1213 |
| Eduardo G. Garza<br>Willette & Guerra, L.L.P.<br>1534 East 6th Street, Suite 200<br>Brownsville, Texas 78520 | Via Fax: (956) 541-1893 |

_Eddie Medrano w/permission R_
HERIBERTO 'EDDIE' MEDRANO