United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GARY GRAHAM | * |
| Plaintiff, | * |
| | * |
| VS. | * CIVIL ACTION NO. B-03-084 |
| | * |
| TOWN OF SOUTH PADRE ISLAND | * |
| and HARVEST MULTIMEDIA, INC. | * |
| Defendant. | * |

## ORDER

On this day, came to be heard the foregoing *Unopposed Motion for Extension of Time to File Joint Pretrial Order* and after due consideration same is hereby:

**(GRANTED)**    (DENIED).

SIGNED FOR ENTRY this ___21___ day of ___June___, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

cc:  Heriberto Medrano
     Eduardo Garza
     Donald Cheatham