41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 23 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-03084 |
| | § | |
| TOWN OF SOUTH PADRE | § | |
| ISLAND | § | |
| AND HARVEST | § | |
| MULTIMEDIA, | § | |
| INC., | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO DELAY DOCKET CALL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Gary Graham, and request that the Court delay docket call in this matter, currently scheduled for July 1, 2004 at 1:30 p.m. until July 1, 2004 at 2:30 p.m. in order that Plaintiff's counsel may be certain of timely arrival due to a conflict in scheduling.

Plaintiff's Counsel is scheduled for conference in Case No. A-04-CA-124-SS before the Honorable Judge Sam Sparks in the Western District of the United State District Court.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff request the Court to grant a delay in docket call in this matter until 2:30 p.m. on July 1, 2004.

Respectfully submitted,

_____
Attorney for Plaintiff
Donald T. Cheatham
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701
(512) 494-1212 Telephone
(512) 494-1213 Facsimile


cc:


*Attorneys for Defendant Town of South Padre Island*
Eduardo G Garza
Charles Willette, Jr.
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
(956) 541-1846 Telephone
(956) 541-1893 Facsimile

*Attorney for Co-Defendant Harvest Multimedia*
Heriberto "Eddie" Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550
(956) 428-2412 Telephone
(956) 428-2495 Facsimile