United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GARY GRAHAM,<br>Plaintiff, | §<br>§<br>§ |
| vs. | § CIVIL ACTION NO.<br>§ B-03084<br>§ |
| TOWN OF SOUTH PADRE<br>ISLAND<br>AND HARVEST<br>MULTIMEDIA,<br>INC.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ |

### ORDER IN PLAINTIFF'S
### UNOPPOSED MOTION TO DELAY DOCKET CALL

BE IT ORDERED that Plaintiff's M otion to delay docket call until July 1, 2004 at 2:30 p.m., is hereby granted.

Date: June 23, 2004

_____
U.S. District Judge