United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| Plaintiff, | § § § § | |
| v. | § § | B-03-84 |
| TOWN OF SOUTH PADRE ISLAND AND HARVEST MULTIMEDIA, INC., Defendants. | § § § § | |

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### ORDER

BE IT REMEMBERED that on June 30, 2004, the Court **CANCELLED** the final pretrial conference scheduled for the above-captioned case on July 1, 2004, at 2:30 p.m. An order disposing of Defendant's Motion for Summary Judgment will follow.

DONE this 30th day of June, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge