United States District Court
Southern District of Texas
FILED

JAN 27 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GARY GRAHAM § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-03-084 |
| VS. § | |
| § | (JURY REQUESTED) |
| § | |
| TOWN OF SOUTH PADRE ISLAND § | |
| and HARVEST MULTIMEDIA, INC. § | |
| Defendant. § | |

**DEFENDANT TOWN OF SOUTH PADRE ISLAND'S
DESIGNATION OF ATTORNEY IN CHARGE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES TOWN OF SOUTH PADRE ISLAND, a Defendant in the above styled and numbered cause, and hereby designates:

Eileen M. Leeds
State Bar No. 00791093
Federal I.D. No. 16799

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

as attorney-in-charge on its behalf to have full control and authority of its cause, responsibility for this lawsuit, and to receive all further communications from the Court and other counsel relating to this cause.

03-188: Graham: atty-in-charge
Page 1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956)541-1846
Facsimile: (956)541-1893

By: *Eileen Leeds w/p bcl*
Eileen M. Leeds
State Bar No. 00791093
Federal I.D. No. 16799

**ATTORNEYS FOR DEFENDANT THE TOWN OF SOUTH PADRE ISLAND**

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2005, a true and correct copy of the above and foregoing has been served on all counsel of record as noted hereunder:

Via CM/RRR # 7003 1680 0006 5133 0733
Mr. Donald T. Cheathman
Attorney at Law
825 West 11th Street
Austin, Texas 78701

Mr. Heriberto Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

*Eileen Leeds w/p bcl*
Eileen M. Leeds

03-188:  Graham:  atty-in-charge
Page 2