UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
APR 13 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

GARY GRAHAM §
 §
versus § CIVIL ACTION NO. B-03-84
 §
TOWN OF SOUTH PADRE ISLAND §
AND HARVEST MULTIMEDIA, INC.

## Order Setting Docket Call and Jury Selection

1. An Amended Joint Pretrial Order is due by: **May 16, 2005**

2. Docket call and final pretrial conference is set for 1:30 p.m. on: **May 25, 2005**

3. Jury selection is set for 9:00 a.m. on: **June 6, 2005**
   *The case will remain on standby until tried.*

Signed _April 13_, 2005 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge