IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GARY GRAHAM, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | B-03084 |
| § | |
| TOWN OF SOUTH PADRE § | |
| ISLAND § | |
| AND HARVEST § | |
| MULTIMEDIA, § | |
| INC., § | |
|     Defendants. § | |

### AFFIDAVIT FOR ADMISSION OF BUSINESS RECORDS

**BEFORE ME**, the undersigned authority, on this day personally appeared Donald T. Cheatham, who, being by me duly sworn, deposed as follows:

"My name is Donald T. Cheatham, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the owner of record for the Law Office of Donald T. Cheatham. Attached hereto are 3 pages of records, labeled as Billing Records, Gary Graham, from my Law Office. This said 3 pages are kept by my Law Office in the regular course of business, and it was the regular course of business of my Law Office for an employee or representative of the Law Office with knowledge of the act, event,

1

condition, opinion, or diagnosis, recorded to make the records or to transmit information thereof to be included in such records; and the records was made at or near the time or reasonably soon thereafter. Also attached is my Curriculum Vitae which I hereby submit as evidence of my qualifications as counsel of record for Plaintiff. The records attached hereto are either the originals or the exact duplicates of the originals."

SIGNED on May 5th, 2005.

_____
Donald T. Cheatham, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on May 5, 2005, by Cyndi Goodwin.

_____
Notary Public, State of Texas

CYNDI GOODWIN
Notary Public, State of Texas
My Commission Expires
February 26, 2007

## CERTIFICATE OF SERVICE

I certify that on May 5, 2005 I served a true and correct copy of Plaintiffs' Affidavit for Admission of Business Records by telecopy transmission and US Mail, First Class, postage prepaid on counsel of record as indicated below, in accordance with the applicable Federal Rules of Civil Procedure.

2

_____
Donald T. Cheatham

Eileen M. Leeds, Esquire
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
(956) 541-1846 Telephone
(956) 541-1893 Facsimile

***Attorney for Co-Defendant Harvest Multimedia***
Heriberto "Eddie" Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550
(956) 428-2412 Telephone
(956) 428-2495 Facsimile