## BILLING RECORD; GRAHAM, GARY

### 12-18-2002 through 05-05-2005

| DATE | ACTIVITY/ITEM | TIME | RATE | EXPENSE | TOTAL |
|---|---|---|---|---|---|
| Wednesday, December 18, 2002 | Initial clt contact | 1.25 | $250.00 | | $312.50 |
| Friday, December 27, 2002 | Initial corr. Town | 0.25 | $250.00 | | $62.50 |
| Friday, December 27, 2002 | Initial corr. Harvest | 0.25 | $250.00 | | $62.50 |
| Tuesday, January 07, 2003 | rev. ltr Town counsel; Response | 0.50 | $250.00 | | $125.00 |
| Tuesday, January 14, 2003 | rev.ltr Harvest, Response | 0.50 | $250.00 | | $125.00 |
| Thursday, January 23, 2003 | rev. ltr Town counsel; Response | 0.35 | $250.00 | | $87.50 |
| Wednesday, February 12, 2003 | Research | 2.00 | $250.00 | | $500.00 |
| Wednesday, February 12, 2003 | Research fee/westlaw | | | $75.00 | $0.00 |
| Thursday, February 13, 2003 | rev. ltr Town counsel(new counsel; with case law); Resp. | 0.75 | $250.00 | | $187.50 |
| Wednesday, February 26, 2003 | clt. Telecon; rev. docs | 0.50 | $250.00 | | $125.00 |
| Wednesday, March 12, 2003 | clt. Telecon; rev. docs | 0.75 | $250.00 | | $187.50 |
| Monday, March 17, 2003 | Original Petition (draft) | 2.00 | $250.00 | | $500.00 |
| Monday, March 17, 2003 | Review; statutes code | 1.25 | $250.00 | | $312.50 |
| Wednesday, April 23, 2003 | Original Petition final | 1.25 | $250.00 | | $312.50 |
| Friday, April 25, 2003 | Filing Fee | | | $150.00 | |
| Tuesday, May 20, 2003 | rev. ltr. Town counsel; response | 0.35 | $250.00 | | $87.50 |
| Friday, June 27, 2003 | Process service | | | $110.00 | $0.00 |
| Tuesday, July 01, 2003 | Research 12(b)(6) | 1.25 | $250.00 | | $312.50 |
| Thursday, July 03, 2003 | Research 12(b)(6) | 2.50 | $250.00 | | $625.00 |
| Thursday, July 03, 2003 | Research fee/westlaw | | | $125.00 | |
| Tuesday, August 19, 2003 | Joint Report/Scheduling Order; telecon | 1.00 | $250.00 | | $250.00 |
| Friday, August 08, 2003 | Motion Ext. Time | 0.50 | $250.00 | | $125.00 |
| Friday, August 08, 2003 | Westlaw Research Fees | | | $50.00 | |
| Thursday, August 21, 2003 | Motion Ext. Time | 0.50 | $250.00 | | $125.00 |
| Monday, September 08, 2003 | Rev. Disclosure, Town | 0.50 | $250.00 | | $125.00 |
| Wednesday, September 10, 2003 | Serve, Intl Disclosure | 0.50 | $95.00 | | $47.50 |
| Monday, September 15, 2003 | Hearing, travel | 12.00 | $250.00 | | $3,000.00 |
| Monday, September 15, 2003 | Expenses, travel | | | $429.40 | |
| Wednesday, October 15, 2003 | Telecon. Clt | 0.50 | $250.00 | | $125.00 |
| Wednesday, October 22, 2003 | Sched. Order | 0.25 | $95.00 | | $23.75 |
| Monday, November 03, 2003 | Deposition Gary Graham | 6.00 | $250.00 | | $1,500.00 |
| Wednesday, December 10, 2003 | Statement for Mediation | 0.50 | $250.00 | | $125.00 |

| DATE | ACTIVITY/ITEM | TIME | RATE | EXPENSE | TOTAL |
|---|---|---|---|---|---|
| Thursday, December 11, 2003 | Mediation/travel | 8.00 | $250.00 | | $2,000.00 |
| Monday, December 15, 2003 | Interview; atty-Berry | 0.50 | $250.00 | | $125.00 |
| Monday, December 29, 2003 | Expenses/Travel Mediation | | | $394.64 | |
| Monday, December 29, 2003 | ltr. Cit | 0.25 | $95.00 | | $23.75 |
| Thursday, January 29, 2004 | return depo, handling | 0.25 | $95.00 | | $23.75 |
| Tuesday, January 20, 2004 | Serve; Suppl. Disclosure | 0.35 | $250.00 | | $87.50 |
| Friday, March 26, 2004 | Westlaw Research Fees | | | $75.00 | |
| Friday, March 26, 2004 | Research MSJ; | 2.50 | $250.00 | | $625.00 |
| Monday, March 29, 2004 | Research MSJ; | 5.50 | $250.00 | | $1,375.00 |
| Monday, March 29, 2004 | Westlaw Research Fees | | | $50.00 | |
| Tuesday, March 30, 2004 | Research MSJ; | | | | $0.00 |
| Friday, April 02, 2004 | Westlaw Research Fees | | | $75.00 | |
| Friday, April 02, 2004 | Research MSJ; | 3.75 | $250.00 | | $937.50 |
| Saturday, April 03, 2004 | Westlaw Research Fees | | | $50.00 | |
| Saturday, April 03, 2004 | Research MSJ; | 2.25 | | $250.00 | $2.25 |
| Sunday, April 04, 2004 | Westlaw Research Fees | | | $25.00 | |
| Sunday, April 04, 2004 | Research MSJ; | 4.50 | $250.00 | | $1,125.00 |
| Monday, April 05, 2004 | Final; Resp Opp MSJ/Motion to Amend | 1.25 | $250.00 | | $311.25 |
| Monday, April 05, 2004 | FedEx Fees | | | $108.39 | |
| Monday, April 19, 2004 | Reply to Def. Resp./Mot. To Amend | 2.75 | $250.00 | | $687.50 |
| Tuesday, June 01, 2004 | Draft/Pretrial Statement | 3.50 | $95.00 | | $332.50 |
| Thursday, June 03, 2004 | Document/file prep-Pretrial | 2.50 | $95.00 | | $237.50 |
| Thursday, June 03, 2004 | Telecon. Cit | 0.75 | $250.00 | | $187.50 |
| Wednesday, June 16, 2004 | (2) telecon. Mr. Garza/ work, Pretrial docs | 6.00 | $250.00 | | $1,500.00 |
| Thursday, July 01, 2004 | travel arrange/trial | 0.50 | $95.00 | | $47.50 |
| Thursday, July 01, 2004 | Motion to delay time for docket call | 0.50 | $95.00 | | $47.50 |
| Tuesday, July 06, 2004 | Corr. Re; depo giacc. | 0.25 | $95.00 | | $23.75 |
| Thursday, July 22, 2004 | ltr. Cit | 0.25 | $95.00 | | $23.75 |
| Tuesday, August 17, 2004 | telecon Ct. Coord/ Judge Tagle | 0.25 | $95.00 | | $23.75 |
| Wednesday, November 17, 2004 | telecon Ct. Coord/ Judge Tagle | 0.25 | $95.00 | | $23.75 |
| Wednesday, January 05, 2005 | telecon Ct. Coord/ Judge Tagle | 0.25 | $95.00 | | $23.75 |
| Wednesday, January 26, 2005 | corr. Opp. Counsel | 0.25 | $250.00 | | $62.50 |
| Wednesday, April 20, 2005 | Telecon. Cit | 0.35 | $250.00 | | $87.50 |
| Wednesday, April 20, 2005 | Order; frwd. Cit | 0.25 | $95.00 | | $23.75 |
| Wednesday, April 20, 2005 | corr. Opp. Counsel re: pretrial order | 0.25 | $95.00 | | $23.75 |
| Wednesday, May 04, 2005 | Revisions; pre trial order | 0.50 | $95.00 | | $47.50 |

| DATE | ACTIVITY/ITEM | TIME | RATE | EXPENSE | TOTAL |
|---|---|---|---|---|---|
| Thursday, May 05, 2005 | travel arrange/trial | 0.50 | $95.00 | | $47.50 |
| Thursday, May 05, 2005 | Air-hotel/pretrial hearing | | | $315.80 | |
| ongoing | copies | | | $65.00 | |
| ongoing | facsimiles | | | $78.00 | |
| ongoing | materials | | | $85.00 | |
| ongoing | long distance | | | $24.72 | |
| ongoing | mailings/ deliveries | | | $122.86 | |
| | | | | | **TO DATE TOTAL:** |
| | | | | $2,658.81 | $19,208.50 |
| | | | | | $21,867.31 |
| **5-6-2005 through Trial; PROJECTED** | | | | | |
| Monday, May 16, 2005 | File Org/for Trial | 3.00 | $95.00 | | $285.00 |
| Monday, May 16, 2005 | Finalize Pre-trial statement | 4.00 | $250.00 | | $1,000.00 |
| Wednesday, May 25, 2005 | Pretrial/Docket Call/travel | 12.00 | $250.00 | | $3,000.00 |
| Thursday, June 02, 2005 | Trial Prep/Travel | 12.00 | $250.00 | | $3,000.00 |
| Friday, June 03, 2005 | Trial Prep/Travel | 8.00 | $250.00 | | $2,000.00 |
| Saturday, June 04, 2005 | Trial Prep/Travel | 6.00 | $250.00 | | $1,500.00 |
| Monday, June 06, 2005 | Trial/Prep | 10.00 | $250.00 | | $2,500.00 |
| Tuesday, June 07, 2005 | Trial | 8.00 | $250.00 | | $2,000.00 |
| Wednesday, June 08, 2005 | (Trial) | 8.00 | $250.00 | | $2,000.00 |
| ongoing | copies | | | $15.00 | |
| ongoing | facsimiles | | | $30.00 | |
| ongoing | materials | | | $35.00 | |
| ongoing | long distance | | | $12.00 | |
| ongoing | mailings/ deliveries | | | $24.00 | |
| | | | | | **TRIAL TOTAL:** |
| | | | | $116.00 | $17,285.00 |
| | | | | | $17,401.00 |
| **Trial through Appeal; PROJECTED** | | | | | |
| Unknown | Brief; (Reply) | | | | $17,000.00 **APPEAL TOTAL** |

# *DONALD THOMAS CHEATHAM*

## *CURRICULUM VITAE*

**EDUCATION**

    University of Houston Law School
    Juris Doctorate, 1974

    University of Texas at Austin,
    B.A. in Classics, History, English, 1970

    Georgetown Prepatory School, Garret Park, Maryland
    High School, 1964

**PROFESSIONAL ASSOCIATIONS AND HONORS**

    American Bar Association 1974-Present
    State Bar of Texas 2000-Present
    State Bar of Virginia 1974-Present
    District of Columbia Bar 1974-Present
    Association of Trial Lawyers of America 1975-Present
    US District Courts:
       Eastern District, Virginia 1974-Present
       District of Columbia 1975-Present
       Western District, Texas 2002-Present
    Courts of Appeal:
       Supreme Court of Virginia 1974-Present
       District of Columbia 1975-Present
       Fourth Circuit, Virginia 1975-Present
       Supreme Court of Texas 2000-Present
       National Association of Criminal Defense Lawyers 1976-Present
    U.S. Registry, Who's Who 1995-1996
    United States Marine Corp, Honorable Discharge, 1967
    Rotary Club, West Austin; Speaker 1998
    Rotary Club of Austin, Board Member, Past Vice President; Member 1996-Present
    Austin Steam Train Association (Board and Executive Committee Member) 1996-Present

St. David's Episcopal Church; Lay Reader and Acolyte 1996-Present
Greater Austin Chamber of Commerce (transportation Committee Member) 1996-Present
Active Core of Executives—Lecturer 1978-1989
Virginia Technological University—Lecturer 1978-1989
Alexandria, Virginia Chamber of Commerce 1974-1990 (Transportation Chair 1975)
March of Dimes, Alexandria, Virginia (Chairperson 1974-1976)

## LEGAL PROFILE

LAW OFFICE OF DONALD T. CHEATHAM
Austin, Texas       2000- Current

Non-specialty trial practice, handling all areas of litigation; civil rights, employment, family, criminal litigation, and appeals, with particular emphasis on transportation, consumer, and lemon law.

CENTRAL OF TENNESSEE RAILWAY (LONGHORN RAILWAY)
Nashville, Tennessee/Austin, Texas      1992-2000

Founder of short line railroad company with operations in Nashville, TN, and later in Austin, Texas, as Longhorn Railway Company. Managed employees, authored and taught railway safety courses. Interfaced with government entities regarding licensing and regulatory issues. Negotiated contract between Longhorn and City of Austin/Capital Metropolitan Transportation Authority.

LAW OFFICE OF DONALD T. CHEATHAM
Washington, The District of Columbia/ Virginia    1972-1992

Trial law firm.

## SKILLS

- Bilingual, fluent Spanish speaker
- Extensive negotiating skills
- Extensive management experience