| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Gary Graham<br>*versus*<br>Town of South Padre Island et al. | CASE NO.    B-03-084 |
|---|---|
|  | **Defendant's Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Heather Hall |
| List of Defendant Town of South Padre Island | Proceeding   Date: July 6, 2004 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Lyrics of song "South Padre Island" |  |  |
| 2 | Copyright of Gary Graham |  |  |
| 3 | Copyright of Damion Giacchino (Words and Music) |  |  |
| 4 | Agenda and Minutes of Town Meeting Held on April 18, 2001 |  |  |
| 5 | News article regarding Gary Graham and Pelican West. |  |  |
| 6 | Audio cd of "South Padre Island" with cover |  |  |
| 7 | Visitor's Guide CD-ROM |  |  |
| 8 | Agreement for the song "South Padre Island" dated 3-12-01 |  |  |
| 9 | "Legal Agreement" dated 6-4-01 |  |  |

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Gary Graham<br>*versus*<br>Town of South Padre Island et al. | CASE NO. B-03-084 |
|---|---|
| | **Defendant's Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Heather Hall |
| List of Defendant Harvest Multimendia | Proceeding Date: July 6, 2004 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Lyrics of song "South Padre Island" | | |
| 2 | Copyright of Gary Graham | | |
| 3 | Copyright of Damion Giacchino (Words and Music) | | |
| 4 | Agenda and Minutes of Town Meeting Held on April 18, 2001 | | |
| 5 | News article regarding Gary Graham and Pelican West. | | |
| 6 | Audio cd of "South Padre Island" with cover | | |
| 7 | Visitor's Guide CD-ROM | | |
| 8 | Agreement for the song "South Padre Island" dated 3-12-01 | | |
| 9 | "Legal Agreement" dated 6-4-01 | | |
| 10 | Production Proposed - Approved March 28, 2001 | | |
| 11 | Production Approval Agreement - April 27, 2001 | | |
| 12 | Audio CD of "South Padre Island" without any cover or label | | |