| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Gary Graham<br>*versus*<br>Town of South Padre Island et al. | CASE NO.   B-03-084 |
|---|---|
| | **Defendant's Witness List** |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Heather Hall |
| List of Defendant Town of South Padre Island | Proceeding   Date: July 6, 2004 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Gary Graham<br>Plaintiff | | |
| 2 | Mark Longoria<br>Harvest Multimedia, Inc.<br>22772 Briggs Coleman Road<br>Harlingen, Texas 78550<br>Co-Defendant's Owner | | |
| 3 | Mr. Paul Y. Cunningham, Jr.<br>City Attorney<br>Town of South Padre Island<br>P.O. Box 3410<br>South Padre Island, Texas 78597-3410<br>Mr. Cunningham is the City Attorney for the Town of South Padre Island and has personal knowledge of the complaint of Plaintiff incident made the basis of this lawsuit, the declaration of the song at issue as the "official town song", Graham's conduct constituting an implied license, and Damion Giacchino's /Pelican West's conduct constituting an implied license. | | |

| | | | |
|---|---|---|---|
| 4 | Damian Giacchino<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Leader and owner of band Pelican West. He is the joint author of the song "South Padre Island" who composed words and music and holds a copyright to the music and vocal melody of the song. He has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |
| 5 | Tom Johnson<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Member of band Pelican West. He has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |
| 6 | Pamela Rich<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Member of band Pelican West. She has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |
| 7 | Craig McWhinney<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Member of band Pelican West. He has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |

| | | | |
|---|---|---|---|
| 8 | Mayor Bob Pinkerton<br>Town of South Padre Island<br>P.O. Box 3410<br>South Padre Island, Texas 78597-3410<br><br>Mayor Pinkerton is the corporate representative for the Town of South Padre Island and has knowledge of the complaint of Plaintiff, the declaration of the song at issue as the "official town song", Graham's conduct constituting an implied license, and Damion Giacchino's/Pelican West's conduct constituting an implied license. | | |
| 9 | Edmund Cyganiewicz<br>1000 E. Madison<br>Brownsville, Texas 78520<br><br>Mr. Cyganiewicz is the former mayor of South Padre Island. He was the mayor of South Padre Island at the time the song was declared the official town song, and he has knowledge of Plaintiff's and Giacchino's attitudes and conduct regarding the use of the song by the town. | | |
| | | | |

| UNITED STATES DISTRICT COURT |  | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Gary Graham<br>*versus*<br>Town of South Padre Island et al. | CASE NO. B-03-084 |
|---|---|
| | **Defendant's Witness List** |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Heather Hall |
| List of Defendant Harvest Multimedia | Proceeding Date: July 6, 2004 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Gary Graham<br>Plaintiff | | |
| 2 | Mark Longoria<br>Harvest Multimedia, Inc.<br>22772 Briggs Coleman Road<br>Harlingen, Texas 78550<br>Co-Defendant's Owner | | |
| 3 | Mr. Paul Y. Cunningham, Jr.<br>City Attorney<br>Town of South Padre Island<br>P.O. Box 3410<br>South Padre Island, Texas 78597-3410<br><br>Mr. Cunningham is the City Attorney for the Town of South Padre Island and has personal knowledge of the complaint of Plaintiff incident made the basis of this lawsuit, the declaration of the song at issue as the "official town song", Graham's conduct constituting an implied license, and Damion Giacchino's /Pelican West's conduct constituting an implied license. | | |

| | | | |
|---|---|---|---|
| 4 | Damian Giacchino<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Leader and owner of band Pelican West. He is the joint author of the song "South Padre Island" who composed words and music and holds a copyright to the music and vocal melody of the song. He has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |
| 5 | Tom Johnson<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Member of band Pelican West. He has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |
| 6 | Pamela Rich<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Member of band Pelican West. She has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |
| 7 | Craig McWhinney<br>P.O. Box 3737<br>South Padre Island, Texas 78597<br><br>Member of band Pelican West. He has knowledge of Pelican West's members' conduct, the declaration of the song at issue as the "official town song" the implied license given to the Town of South Padre Island, the origins of the song, and Gary Graham's conduct with respect to the song at issue. | | |

| | | | |
|---|---|---|---|
| 8 | Mayor Bob Pinkerton<br>Town of South Padre Island<br>P.O. Box 3410<br>South Padre Island, Texas 78597-3410<br><br>Mayor Pinkerton is the corporate representative for the Town of South Padre Island and has knowledge of the complaint of Plaintiff, the declaration of the song at issue as the "official town song", Graham's conduct constituting an implied license, and Damion Giacchino's/Pelican West's conduct constituting an implied license. | | |
| 9 | Edmund Cyganiewicz<br>1000 E. Madison<br>Brownsville, Texas 78520<br><br>Mr. Cyganiewicz is the former mayor of South Padre Island. He was the mayor of South Padre Island at the time the song was declared the official town song, and he has knowledge of Plaintiff's and Giacchino's attitudes and conduct regarding the use of the song by the town. | | |
| 10 | Dan Quandt<br>Executive Director South Padre Island- Convention & Visitors Bureau<br><br>Mr. Quandt signed the contract hiring Harvest Multimedia to produce the CD-Rom. | | |

| 11 | Erica Pena<br>Communications Director South Padre Island - Convention and Visitors Bureau<br><br>Ms. Pena was the main contact for production and approval of the CD-Rom | |