Case 1:03-cv-00084   Document 53   Filed in TXSD on 05/16/2005   Page 1 of 4

United States District Court
Southern District of Texas
FILED

MAY 1 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM<br>　　　　Plaintiff,<br><br>VS.<br><br><br>TOWN OF SOUTH PADRE ISLAND<br>and HARVEST MULTIMEDIA, INC.<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-084<br><br>(JURY REQUESTED) |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW, TOWN OF SOUTH PADRE ISLAND and HARVEST MULTIMEDIA, INC., Defendants herein, and submit this their Proposed Voir Dire Questions and request that the following questions be asked of the jury panel in the same or substantially similar wording:

1. Have you or any members of your family or close friends ever had any dealings with the Town of South Padre Island, or have you or any relatives or close friends ever worked for the Town of South Padre Island?

2. Have you or members of your family or close friends ever sued the Town of South Padre Island or any of its employees? (If yes, give details).

3. Have you, your family members or close friends ever been a plaintiff (a person bringing a lawsuit) in a lawsuit for any reason? (If yes, give details).

4. (Identify Plaintiff's witnesses) Do you know, or have you, your family members, or close friends, ever had any dealings whatsoever with any of these individuals?

1

5. (Identify Defendants' witnesses) Do any of you know or have you had any dealing whatsoever with any of these named individuals? (If yes, give details).

6. Have any of you ever sat on a jury in a civil trial? (If yes, approach the bench and describe).

7. Are any of you, your family members, or close friends, lawyers or law students, or have any of ever studied law in the past? (If yes, explain type of practice or law study).

8. Do any of you feel that just because a lawsuit is filed by people claiming they have sustained damages, that someone else must be at fault?

9. Has anyone here ever been arrested or incarcerated. If yes, please describe.

10. Has anyone formed or expressed an opinion already that a plaintiff generally or this Plaintiff should recover from the Defendants?

11. Have any of you, your family members, or close friends ever had a complaint against the Town of South Padre Island or any of their officials, employees, or police officers?

12. Does anyone harbor a bad opinion about the Town of South Padre Island.

13. Does anyone harbor a bad opinion about musicians?

14. Have any of you, your family members, or close friends been involved in any lawsuit in any capacity in which the law firm of Willette & Guerra represented any side?

15. Have any of you, your family members, or close friends had any dealings at all with the law firm of Willette & Guerra?

2

16. Have any of you, your family members, or close friends ever taken out a copyright on a song or writing? (Please explain)

17. Have any of you, your family members, or close friends ever been in a band? (Please explain).

18. Have any of you, your family members, or close friends ever been involved in a copyright dispute? (Please explain).

19. Are any of you familiar with the advertising company known as Harvest Multimedia located in Harlingen, Texas?

20. If YES, have you, your family or close friends ever had a business relationship with Harvest Multimedia? Please describe the nature of that business relationship and when ir occurred.

21. Are any of you familiar with Mr. Marc Longoria who works at Harvest Multimedia?

22. If YES, please describe how it is that you know Marc Longoria.

23. Are any of you familiar with attorney Heriberto "Eddie" Medrano from Harlinge, Texas who represents Harvest Multimedia?

24. Have any of you ever had anything copyrighted or attempted to have something copyrighted?

25. Have any of you ever hired an advertising company to do some work for you? Please describe the nature of that employment and when it occurred.

26. Have any of you been involved in the music recording industry as a performer, writer or technician? Please explain the nature of your involvement with the music industry.

27. Have you ever filed a lawsuit against another person or company? Please explain the nature of the lawsuit and when did it occur.