United States District Court
Southern District of Texas
FILED

MAY 1 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
| Defendant. | § | |

## DEFENDANTS' JOINT MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants Town of South Padre Island and Harvest Multimedia, Inc. in the above-styled and numbered cause and files this their Joint Motion for Continuance and in support thereof, would respectfully show unto the court as follows:

**I.**

Defendants seek a re-setting of the current trial date to allow Defendants adequate time to prepare this case for trial. In December, 2004, Eduardo G. Garza, the attorney in charge of this case, left the firm of Willette & Guerra, L.L.P. and the instant case was transferred to the undersigned. Since a dispositive motion was on file, no depositions or discovery was done upon transfer.

The undersigned and the new associate who is trying to prepare the case for trial have not had adequate time to completely familiarize themselves with the facts and law of this case. Defendant believes there are other depositions which if taken may solidify its legal position as expressed the Motion for Summary Judgment. The order setting the trial date and jury selection was received on April 14, 2005. Jury selection is set for this case on June 6, 2005. Given the short amount of time

the undersigned has been involved with this case and the complexity of the issues involved, Defendant is not properly prepared for trial.

Defendants have not heretofore requested a continuance from this Court. In addition, given the Court's recent order of March 30, 2005 holding that the song *South Padre Island* is a joint work, Defendants feel that a second mediation could possibly be successful. Defendants would request the opportunity to attempt to mediate this case a second time in hopes of finally resolving this matter.

Thus in the interest of justice, Defendants request that they be given more time to properly prepare its defenses to Plaintiff's case and an opportunity to mediate this case again. Defendants therefore request a resetting of the jury selection and trial date.

WHEREFORE, PREMISES CONSIDERED, Defendants request that this court grant its motion to continue the trial date and for such other and further relief to which it may show itself to be justly entitled.

> Respectfully submitted,
>
> WILLETTE & GUERRA, L.L.P.
> 1534 East 6th Street, Suite 200
> Brownsville, Texas 78520
> Telephone: (956) 541-1846
> Facsimile: (956) 541-1893
>
> By: *Eileen M. Leeds w/p HS*
> Eileen M. Leeds
> State Bar No. 00791093
> USDC Adm. No. 16799
>
> Heather Scott
> State Bar No. 24046809
> USDC Adm. No. 575294
>
> **ATTORNEYS FOR DEFENDANT**
> **TOWN OF SOUTH PADRE ISLAND**

LAW OFFICE OF HERIBERTO MEDRANO
2009 East Harrison, Suite B
Harlingen, Texas 78550
Telephone:(956) 428-2412
Facsimile: (956) 428-2495

By: *Eddie Medrano w/p HS*
Heriberto "Eddie" Medrano
State Bar No. 13897800
USDC Adm. No. 5952

**ATTORNEY FOR DEFENDANT
HARVEST MULTIMEDIA, INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned has conferred with counsel for Plaintiff and he has stated that he is opposed to the filing of this motion.

*Eileen M. Leeds w/p HS*
Eileen M. Leeds

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th day of May, 2005 a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

***Via CMRRR: 7003 1680 0006 5133 6995***
Donald T. Cheatham
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701
*Attorney for Plaintiff*

***Via CMRRR: 7003 1680 0006 5133 6216***
Heriberto "Eddie" Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550
*Attorney for Co-Defendant Harvest Multimedia, Inc.*

*Eileen M. Leeds w/p HS*
Eileen M. Leeds