IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GARY GRAHAM<br>    Plaintiff,<br><br>VS.<br><br><br>TOWN OF SOUTH PADRE ISLAND<br>and HARVEST MULTIMEDIA, INC.<br>    Defendant. | §<br>§<br>§ CIVIL ACTION NO. B-03-084<br>§<br>§ (JURY REQUESTED)<br>§<br>§<br>§<br>§ |

## ORDER SETTING HEARING ON DEFENDANTS'
## JOINT MOTION FOR CONTINUANCE

On this the ____ day of _____, 2005 came on for consideration Defendants' Joint Motion for Continuance. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Joint Motion for Continuance is hereby set for hearing on the _____ day of _____, 2005 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2005.

                                                                           JUDGE PRESIDING

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Mr. Donald Cheatham, Law Office of Donald T. Cheatham, 825 W. 11th St., Austin, Texas 78701
Mr. Heriberto "Eddie" Medrano, Law Office of Heriberto Medrano, 2009 E. Harrison, Ste.B, Harlingen, Texas 78520