IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
| Defendant. | § | |

---

### ORDER GRANTING DEFENDANTS' JOINT MOTION FOR CONTINUANCE

---

On this day came on to be heard Defendants' Joint Motion for Continuance and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Joint Motion for Continuance is granted, that the date for jury selection and trial shall be reset to a later date.

All relief requested and not expressly granted is hereby denied.

Signed this the _____ day of _____, 2005.


_____
JUDGE PRESIDING


Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Mr. Donald Cheatham, Law Office of Donald T. Cheatham, 825 W. 11th St., Austin, Texas 78701
Mr. Heriberto "Eddie" Medrano, Law Office of Heriberto Medrano, 2009 E. Harrison, Ste.B, Harlingen, Texas 78520