IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GARY GRAHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | B-03-84 |
| | § | |
| **TOWN OF SOUTH PADRE ISLAND** | § | |
| **AND HARVEST MULTIMEDIA, INC.,** | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

MAY 2 3 2005

Michael N. Milby, Clerk of Court

## ORDER

BE IT REMEMBERED that on May 23, 2005, the Court **GRANTED** Defendants' Motion for Continuance [Dkt. No. 56].

Joint Pretrial Order due:      7/12/2005 .

Docket Call and Final Pretrial Conference is set for 1:30 p.m. on:      7/26/2005 .

Jury selection is set for 9:00 a.m. on:      8/8/2005 .

The Court **ORDERS** *all* parties to submit a *joint* pretrial order on the date designated above. This joint pretrial order, and all other pretrial materials, must be filed in compliance with Chamber Rule 8. The joint pretrial order must reflect the Court's recent order granting in part Defendants' Motion for Summary Judgment, in which the Court narrowed the issues that will be tried.

DONE this 23rd day of May, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge