United States District Court
Southern District of Texas
FILED

JUN 0 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO.<br>B-03084 |
| TOWN OF SOUTH PADRE<br>ISLAND<br>AND HARVEST<br>MULTIMEDIA,<br>INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## MEMORANDUM TO THE COURT

**NOW COMES** Gary Graham, by and through his counsel of record, and would make the Court aware of the following:

1. On April 20, 2005, subsequent to this Honorable Court's Order regarding the Joint Pretrial Order, docket call, and notice of trial date, Plaintiff Gary Graham, by and through his counsel of record, corresponded with all defense counsel of record, offering to put together the Court ORDERED Joint Pretrial Order in this matter, and advising that a previous Order had been agreed upon by Plaintiff's counsel and Defendant Town of South Padre Island's then counsel of

record, Eduardo Garza, of the same Law Firm currently representing that Defendant.  A copy of that correspondence is attached herein, as Attachment 1

2. Neither Defendant offered a response to the correspondence of April 20, 2005.

3. On May 12, 2005, Plaintiff, Gary Graham, by and through his counsel of record, forwarded a copy of a Proposed Joint Pretrial Order to all defense counsel of record, attachment 2, and received a response only from Mr. Medrano, counsel of record for Defendant, Harvest Multimedia, Inc.

4. Later on that same day of May 12, 2005, it appeared that counsel for Plaintiff would be called out of town, not to return in time to present a Joint Pretrial Order, as only one business day remained.

5. On that date, Counsel for Plaintiff submitted Plaintiff's Pretrial Order to all parties, noting the "agreed facts" were those already stipulated by prior counsel, Eduardo Garza, and Donald T. Cheatham.

6. On May 16, 2005, <u>the day the Joint Pretrial Order was to be submitted,</u> counsel for Defendant, Town of South Padre Island finally made contact with counsel for Plaintiff, and requested

2

agreement for a continuance.

7. Counsel for Plaintiff refused to agree to a continuance, given the lack of proper planning and notice by counsel for Defendant, Town of South Padre Island.

8. Although counsel for Plaintiff did not receive a courtesy copy of the Pretrial Order submitted by Defendants, it was not received until May 31, 2005.

9. The Pretrial Order submitted by Defendants includes items under "facts" that were not agreed to by Counsel Eduardo Garza and Counsel Donald T. Cheatham.

10. Additionally, although this Honorable Court did grant a Motion for Continuance in this case, neither Plaintiff, Gary Graham, nor his counsel of record has received, nor ever seen, that Motion for Continuance.

Respectfully submitted,

By: _____
Donald T. Cheatham
Texas Bar No. 24029925
604 A West 9th Street
Austin, Texas 78701
*Tel.* (512)494-1212
Fax. (512)494-1213

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 3, 2005 I served a true and correct copy of Plaintiffs' Memorandum to the Court by telecopy transmission and US Mail, First Class, postage prepaid on counsel of record as indicated below, in accordance with the applicable Federal Rules of Civil Procedure.

Donald T. Cheatham

Eileen M. Leeds, Esquire
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
(956) 541-1846 Telephone
(956) 541-1893 Facsimile

Heriberto "Eddie" Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550
(956) 428-2412 Telephone
(956) 428-2495 Facsimile