# ATTACHMENT 1

# LAW OFFICE OF DONALD T. CHEATHAM

604A West 9th Street · Austin, Texas 78701
512/494-1212 telephone · 512/494-1213 telecopy · cheathamlaw@aol.com

April 20, 2005

Eileen M. Leeds, Esquire
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520

Heriberto Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

      RE: CIVIL ACTION NO. B-03084; *Gary Graham v Town of South Padre Island, et. al.*

Dear Counsel,

      As you know, the Court has ordered our Joint Pretrial Order due on or before May 16, 2005.

      Mr. Garza previously put together one proposed Order with input from this office. Our office had not created Jury instructions, although Mr. Garza had done so. The Jury instructions will change due to the Orders now issued relevant to Defendant South Padre Island's Motion for Summary Judgment.

      We are willing to aid the parties by assembling whatever documents are offered, but would like to know what starting place each of you anticipate. If you do not possess a copy of Mr. Garza's previous proposed Order, we can either email it, or fax it to you. Please provide email addresses if this is the option you prefer.

      We would like to work together in order to avoid a last minute "squeeze" relevant to this deadline.

      Thank you in advance for your courtesies in this matter.

Cordially,

Cynthia Goodwin, for
Donald T. Cheatham

LAW OFFICE OF DONALD T. CHEATHAM
604A WEST 9TH STREET
AUSTIN, TEXAS 78701
512/494-1212 ∘ 512/494-1213 TELECOPY

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Eileen M. Leeds, Esquire  Heriberto (Eddie) Medrano, Esquire | Donald T. Cheatham |
| COMPANY: | DATE: 4/20/2005 |
| FAX NUMBER: (956) 541-1893  (956) 428-2495 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

# PLEASE NOTE NEW FIRM ADDRESS

HARD COPY WILL ____   WILL NOT __X__   FOLLOW.

This message is intended only for the use of the individual to whom it is addressed and contains information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

```
HP Fax Series 1020                    Last Transaction Report
                                      Name        :   Donald T Cheatham
                                      Fax Number  :   512 494 1213
                                      Date&Time   :   Apr 20 2005 03:18pm
------------------------------------------------------------------------
Last Fax
Date            Time         Type   Identification   Duration  Pages  Result
------------------------------------------------------------------------
Apr 20 2005   03:17:19pm    Sent   9564282495       00:01:20   02     Ok
------------------------------------------------------------------------
```

```
HP Fax Series 1020                    Last Transaction Report
                                      Name        :   Donald T Cheatham
                                      Fax Number  :   512 494 1213
                                      Date&Time   :   Apr 20 2005 02:42pm
-------------------------------------------------------------------------------
Last Fax

Date          Time          Type    Identification    Duration   Pages   Result
-------------------------------------------------------------------------------
Apr 20 2005   02:41:31pm    Sent    9565411893        00:01:15   02      Ok
-------------------------------------------------------------------------------
```