# ATTACHMENT 2

# LAW OFFICE OF DONALD T. CHEATHAM

604A WEST 9TH STREET

AUSTIN, TEXAS 78701

512/494-1212∘512/494-1213 TELECOPY

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Eileen M. Leeds, Esquire <br> Heriberto (Eddie) Medrano, Esquire | Donald T. Cheatham |

| COMPANY: | DATE: 5/12/2005 |
|---|---|

| FAX NUMBER: (956) 541-1893 <br> (956) 428-2495 | TOTAL NO. OF PAGES INCLUDING COVER: 17 |
|---|---|

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|

| RE: | YOUR REFERENCE NUMBER: |
|---|---|

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

**Dear Counsel,**

**This is the Joint Pretrial Order containing the items Mr. Garza previously submitted, along with the final statements and submissions by Plaintiff. Obviously, if have no cooperation from opposing counsel, we will remove the Defendants' portions and submit as Plaintiffs' Proposed Pretrial Order**

HARD COPY WILL ____    WILL NOT __X__    FOLLOW.

This message is intended only for the use of the individual to whom it is addressed and contains information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

HP Fax Series 1020

Last Transaction Report
Name        :    Donald T Cheatham
Fax Number  :    512 494 1213
Date&Time   :    May 12 2005 10:32am

---

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| May 12 2005 | 10:23:36am | Sent | 9564282495 | 00:08:45 | 17 | Ok |

Case 1:03-cv-00084     Document 58-3     Filed in TXSD on 06/08/2005     Page 3 of 4

HP Fax Series 1020

```
Last Transaction Report
Name        :    Donald T Cheatham
Fax Number  :    512 494 1213
Date&Time   :    May 12 2005 10:20am
```

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| May 12 2005 | 10:12:10am | Sent | 9565411893 | 00:08:31 | 17 | Ok |