| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED

JUL 1 2 2005

Michael N. Milby
Clerk of Court

| Gary Graham<br>*versus*<br>Town of South Padre Island et al. | CASE NO.        B-03-084 |
|---|---|
| | **Defendant's Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Heather Hall |
| List of Defendant Town of South Padre Island | Proceeding   Date: August 8, 2005 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Lyrics of song "South Padre Island" | | |
| 2 | Copyright of Gary Graham | | |
| 3 | Copyright of Damion Giacchino (Words and Music) | | |
| 4 | Agenda and Minutes of Town Meeting Held on April 18, 2001 | | |
| 5 | News article regarding Gary Graham and Pelican West. | | |
| 6 | Audio cd of "South Padre Island" with cover | | |
| 7 | Visitor's Guide CD-ROM | | |
| 8 | Agreement for the song "South Padre Island" dated 3-12-01 | | |
| 9 | "Legal Agreement" dated 6-4-01 | | |

Town of South Padre Island reserves the right to use any exhibit listed by any party.

Town of South Padre Island also reserves the right to use impeachment or rebuttal exhibits.