IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
|     Defendant. | § | |

**DEFENDANTS' PROPOSED JURY ISSUES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Now Come, TOWN OF SOUTH PADRE ISLAND and HARVEST MULTIMEDIA, INC., Defendants herein, and request that the Court submit to the jury the issues attached hereto.

**ISSUE NO. 1:**

Do you find from a preponderance of the evidence that Defendant South Padre Island infringed the Plaintiff's copyright to the lyrics of the song "South Padre Island"?

Answer "Yes" or "No":

    Yes_____

    No_____

If you answer "Yes" to Issue No. 1, please proceed to Issue No. 2. Otherwise, please sign the verdict form.

**ISSUE NO. 2:**

Do you find from a preponderance of the evidence that the infringement was willful and intentional?

Answer "Yes" or "No":

Yes_____

No_____

Please proceed to Issue No. 3.

**ISSUE NO. 3**

What amount of statutory damages if paid now in cash, if any, do you find from a preponderance of the evidence should be awarded to the Plaintiff as a result of the infringement?

$ _____

SO SAY WE ALL.

DATE: _____

FOREPERSON: _____