| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Gary Graham<br>*versus*<br>Town of South Padre Island et al. | CASE NO. | B-03-084 |
| | **Defendant's Exhibit List** | |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Heather Hall | |
| List of Defendant Harvest Multimendia | Proceeding   Date: August 8, 2005 | |

United States District Court
Southern District of Texas
FILED

JUL 1 2 2005

Michael N. Milby
Clerk of Court

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Lyrics of song "South Padre Island" | | |
| 2 | Copyright of Gary Graham | | |
| 3 | Copyright of Damion Giacchino (Words and Music) | | |
| 4 | Agenda and Minutes of Town Meeting Held on April 18, 2001 | | |
| 5 | News article regarding Gary Graham and Pelican West. | | |
| 6 | Audio cd of "South Padre Island" with cover | | |
| 7 | Visitor's Guide CD-ROM | | |
| 8 | Agreement for the song "South Padre Island" dated 3-12-01 | | |
| 9 | "Legal Agreement" dated 6-4-01 | | |
| 10 | Production Proposed - Approved March 28, 2001 | | |
| 11 | Production Approval Agreement - April 27, 2001 | | |
| 12 | Audio CD of "South Padre Island" without any cover or label | | |