| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED
JUL 14 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

GARY GRAHAM §
§
versus § CIVIL ACTION B-03-84
§
TOWN OF SOUTH PADRE ISLAND, et al §

## Order Re-Setting Docket Call

1. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:                    **August 1, 2005**

2. Jury selection remains set for 9:00 a.m. on:        **August 8, 2005**
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and
   authority to bind the client.

Signed _____July 14_____, 2005 at Brownsville, Texas.

                                          Hilda G. Tagle
                                          United States District Judge