**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 27 2005
Michael N. Milby, Clerk of Court

| | |
|---|---|
| GARY GRAHAM § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-084 |
| § | |
| TOWN OF SOUTH PADRE ISLAND § | |
| AND HARVEST MULTI-MEDIA, INC. § | |
| Defendants. § | |

## MOTION FOR SUBSTITUTION OF COUNSEL FOR AUGUST 1, 2005 HEARING ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Heriberto 'Eddie' Medrano, attorney of record for Defendant Harvest Multi-Media, and requests this Court to allow my associate attorneys in this case, Osiris Gonzalez and Demetrio Duarte to appear in my place at the August 1, 2005 hearing.

My absence at this hearing is due to having to accompany my minor daughter to attend a college interview at Wellesley College in Boston, Massachusetts on Monday, August 1, 2005.

I represent to the Court that I have consulted with my client and have obtained his permission to be absent from the hearing and allow the attorneys cited above to appear in my place.

WHEREFORE, PREMISES CONSIDERED, Counsel prays that this Court grant this Motion for Substitution of Counsel for the August 1, 2005, hearing only.

Respectfully submitted,

Law Offices of Heriberto 'Eddie' Medrano
2009 E. Harrison – Suite B
Harlingen, Texas 78550
Telephone: (956) 428-2412
Facsimile: (956) 428-2495

_____
HERIBERTO 'EDDIE' MEDRANO
Federal Bar No. 5952

## CERTIFICATE OF CONSULTATION

I, Heriberto 'Eddie' Medrano, do hereby certify that I have consulted with my client Harvest Multi-Media, and represent to the Court that he has no objection to the Motion to Substitute Counsel.

_____
HERIBERTO 'EDDIE' MEDRANO

## CERTIFICATE OF SERVICE

I, Heriberto 'Eddie' Medrano, do certify that a true copy of the Motion to Substitute Counsel was sent via facsimile to Ms. Eileen M. Leeds – Counsel for Defendant South Padre Island and Mr. Donald T. Cheatham – Counsel for Plaintiff Gary Graham, this 27th day of July, 2005.

_____
HERIBERTO 'EDDIE' MEDRANO