# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| GARY GRAHAM § | |
|     Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-084 |
| § | |
| TOWN OF SOUTH PADRE ISLAND § | |
| AND HARVEST MULTI-MEDIA, INC. § | |
|     Defendants. § | |

## ORDER

On this day, came to be considered the foregoing *Motion for Substitution of Counsel for August 1, 2005 hearing only*, and after due consideration the same is hereby:

    (GRANTED)    (DENIED).

SIGNED FOR ENTRY this _____ day of _____, 2005, at Brownsville, Texas.

                                                            _____
                                                            Hilda G. Tagle
                                                           United States District Judge