IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GARY GRAHAM,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | B-03-84 | |
| § | | |
| **TOWN OF SOUTH PADRE ISLAND** § | | |
| **AND HARVEST MULTIMEDIA, INC.,** § | | |
| Defendants. § | | |

## ORDER

BE IT REMEMBERED that on July 28, 2005, the Court **GRANTED** Defendant Harvest Multimedia, Inc.'s Motion for Substitution of Counsel for the August 1, 2005 final pretrial conference *only*. The Court **orders** that attorneys Osiris Gonzalez and Demetrio Duarte appearing in Mr. Medrano's stead **must** be apprised of all aspects of the above-captioned case and able to make binding decisions on behalf of the client.

DONE this 28th day of July 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge