Case 1:03-cv-00084   Document 141   Filed in TXSD on 07/29/2005   Page 1 of 4

United States District Court
Southern District of Texas
FILED

**JUL 2 9 2005**

Michael N. Milby
Clerk of Court

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
EILEEN M. LEEDS

ANALISA FIGUEROA
JOE HERNANDEZ*
AMAVELI LERMA*
MELANIE A. MOORE
ROBERT PUENTE *
JUAN ROCHA *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

July 28, 2005

*Via Facsimile: (956) 574-7416*
Honorable Hilda Tagle
United States District Judge
600 East Harrison
Brownsville, Texas 78520

Re:     Cause No. B-03-084; Gary Graham vs. Town of South Padre Island and Harvest Multimedia, Inc.; In the Southern District of Texas, Brownsville Division
*Our File No. 03-188   EL/HS*

Dear Judge Tagle:

Please allow this correspondence to serve as a notification to the Court that a settlement has been reached between Plaintiff Gary Graham and Defendant Town of South Padre Island. Enclosed herewith, please find a copy of the letter of agreement confirming the settlement between Plaintiff Gary Graham and Defendant Town of South Padre Island. The final pretrial conference in this matter is scheduled for Monday, August 1, 2005. In light of the recent settlement agreement, we kindly request that the Court remove this matter from the docket. We will prepare a Stipulation of Dismissal and an Order of Dismissal to file with the Court.

By copy of this correspondence, all counsel of record are receiving a duplicate of this notice to the Court.

Very truly yours,

Willette & Guerra, L.L.P.

By: _Heather Scott_
Eileen M. Leeds
Heather Scott

HS/cf
Enclosure

Honorable Hilda Tagle
United States District Judge
July 28, 2005
Page 2


xc:

***Via Facsimile: (512)494-1213***
Mr. Donald T. Cheatham
Attorney at Law
604 A West 9th Street
Austin, Texas 78701

***Via Facsimile: (956)428-2495***
Mr. Heriberto Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Donald T Cheatham        512 494 1213                07/28/06  02:41pm  P. 003

JUL-28-2005 THU 02:08 PM Willette & Guerra Bro.Tx        FAX NO. 9565411823                P. 02

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. O. "BOBBY" GUERRA*
EILEEN M. LEEDS

ANALISA FIGUEROA
JOE HERNANDEZ*
AMA VELI LERMA*
MELANIE A. MOORE
ROBERT PUENTE *
JUAN ROCHA *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*McALLEN OFFICE:
601 NOLANA, SUITE 320
McALLEN, TEXAS 78504
TELEPHONE: (956) 686-3366
FACSIMILE (956) 686-5912

July 28, 2005

*Via Facsimile (512) 494-1213*
Donald T. Cheatham
ATTORNEY AT LAW
825 West 11th Street
Austin, Texas 78701

Re:    Cause No. B-03-084
       Gary Graham vs. Town of South Padre Island
       and Harvest Multimedia, Inc.
       For the Southern District of Texas
       Brownsville Division
       *Our File No.  03-188 KL/HS*

## LETTER OF AGREEMENT

Dear Mr. Cheatham:

Please allow this to serve as a letter of agreement of settlement wherein the Plaintiff has agreed to settle any and all claims the Plaintiff has or may have against the Town of South Padre Island for the total sum of $9,500.00 dollars (Nine Thousand Five Hundred Dollars). This agreement is conditioned on a full release and indemnity agreement to be executed by the Plaintiff.

If you are in agreement with the terms in this Letter of Agreement, please indicate so by signing below.

Very truly yours,

Willette & Guerra, L.L.P.

By: *Eileen M. Leeds* w/p HS
     Eileen M. Leeds

Donald T Cheatham          612 494 1218          FAX NO. 9565411823
JUL-28-2005 THU 02:08 PM Willette & Guerra Bro. Tx

Mr. Donald T. Cheatham
July 28, 2005
Page 2

APPROVED & AGREED:

Donald T. Cheatham
*Attorney for Plaintiff Gary Graham*

*Via Fax (956) 428-2495*
Heriberto Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550