United States District Court
Southern District of Texas
FILED

SEP 2 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Town of South Padre Island and Plaintiff Gary Graham and file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in support thereof show:

### I.

The above named Defendant and Plaintiff by and through their attorneys of record, hereby inform the Court that this matter has been resolved between them, and that the above named Plaintiff and Defendant hereby pray that all causes of action brought against the Town of South Padre Island herein be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Gary Graham and Defendant Town of South Padre Island respectfully request that this Court enter an Order dismissing this suit brought by Plaintiff Gary Graham with prejudice as to Defendant Town of South Padre Island, with all court costs to be borne by the party incurring same.

Signed on this _____ day of _____, 2005.

Respectfully submitted,

| | |
|---|---|
| Donald T. Cheatham<br>604 A West 9th Street<br>Austin, Texas 78701<br>(512) 494-1212 Telephone<br>(512) 494-1213 Facsimile<br><br>_____<br>Donald T. Cheatham<br>Federal Id. No. 24029925<br>State Bar No. 24029925<br>ATTORNEY FOR PLAINTIFF | WILLETTE & GUERRA, L.L.P.<br>1534 E. 6th Street, Suite 200<br>Brownsville, Texas 78520<br>(956) 541-1846 Telephone<br>(956) 541-1893 Facsimile<br><br>_____<br>Eileen M. Leeds<br>Federal Id. No. 16799<br>State Bar No. 00791093<br><br>Heather Scott<br>Federal Id. No. 575294<br>State Bar No. 24046809<br>ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on _____, a true and correct copy of the above and foregoing has been served on all counsel of record as noted below:

Donald T. Cheatham
ATTORNEY AT LAW
604 A West 9th Street
Austin, Texas 78701

Mr. Heriberto Medrano
2009 E. Harrison, Suite B
Harlingen, Texas 78550

_____
Heather Scott