IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY GRAHAM | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-084 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| TOWN OF SOUTH PADRE ISLAND | § | |
| and HARVEST MULTIMEDIA, INC. | § | |
|     Defendants. | § | |

## AGREED ORDER ON STIPULATION OF DISMISSAL

Plaintiff Gary Graham and Defendant Town of South Padre Island, by and through their attorneys of record, have informed the Court that this matter has been resolved. Plaintiff Gary Graham and Defendant Town of South Padre Island have prayed that all causes as to this named Defendant be dismissed with prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Gary Graham's causes be dismissed as to Defendant Town of South Padre Island, with prejudice against all parties to file any same or similar actions, and with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| Donald T. Cheatham<br>604 A West 9th Street<br>Austin, Texas 78701<br>(512) 494-1212 Telephone<br>(512) 494-1213 Facsimile<br><br>*/s/ Donald T. Cheatham*<br>Donald T. Cheatham<br>Federal Id. No. 24029925<br>State Bar No. 24029925<br>ATTORNEY FOR PLAINTIFF | WILLETTE & GUERRA, L.L.P.<br>1534 E. 6th Street, Suite 200<br>Brownsville, Texas 78520<br>(956) 541-1846 Telephone<br>(956) 541-1893 Facsimile<br><br>*/s/ Eileen Leeds*<br>Eileen M. Leeds<br>Federal Id. No. 16799<br>State Bar No. 00791093<br><br>Heather Scott<br>Federal Id. No. 575294<br>State Bar No. 24046809<br>ATTORNEYS FOR DEFENDANT |

cc:

Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Donald T. Cheatham, 604 A West 9th Street, Austin, Texas 78701
Heriberto Medrano, 2009 E. Harrison Street, Suite B, Harlingen, Texas 78550